IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAXJET AIRWAYS, INC., | ) | Case No. 07-11912 (PJW) |
| | ) | |
| | ) | **Hearing Date: February 1, 2008 at 2:00 p.m. EST** |
| Debtor. | ) | **Objection Deadline: January 25, 2008 at 4:00 p.m. EST** |

### APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 4, 2008

The Official Committee of Unsecured Creditors (the "Committee") of MAXjet Airways, Inc. (the "Debtor"), hereby presents this application (the "Application") to the Court for the entry of an order authorizing the employment and retention of Arent Fox LLP ("Arent Fox") as counsel to the Committee *nunc pro tunc* to January 4, 2008 pursuant to Sections 328(a), 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). In support of the Application, the Committee submits the declaration of Andrew I. Silfen (the "Silfen Declaration"), attached hereto as <u>Exhibit A</u> and incorporated herein by reference, and represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). The venue of the Debtor's Chapter 11 case and this Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Sections 328(a), 504 and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1.

## Background[1]

### The Debtor and its Business

2. On December 24, 2007 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor is operating its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed to date.

3. The Debtor is a Delaware corporation with its corporate headquarters and principal place of business in Dulles, Virginia. The Debtor is an all business class airline offering service between London and each of New York, Las Vegas and Los Angeles.

### The Committee and its Selection of Professionals

4. On January 4, 2008, the Office of the United States Trustee for the District of Delaware appointed five (5) members to the Committee. A list of the members of the Committee is annexed hereto as Exhibit B. At a meeting of the Committee on January 4, 2008, the Committee selected and formally voted to retain Arent Fox as its counsel, subject to the approval of this Court.

## Relief Requested

5. The Committee seeks to employ Arent Fox, which maintains offices for the practice of law at 1675 Broadway, New York, New York 10019, as well as offices in Washington, DC and Los Angeles, CA as its counsel in this Chapter 11 case.

6. The Committee has selected Arent Fox for the reason that the partners and associates of Arent Fox have considerable expertise in the fields of bankruptcy, insolvency, reorganizations, liquidations, debtors' and creditors' rights, debt restructuring and corporate reorganizations, commercial

---

[1] The background facts set forth herein are primarily based upon the representations contained in papers filed by the Debtor in this proceeding. As the Committee was just organized and has not yet verified the accuracy of such statements, nothing contained herein or otherwise shall be deemed a waiver of the Committee's right to dispute or challenge the facts set forth herein.

litigation and intellectual property, among others. Accordingly, the Committee believes that Arent Fox is well qualified to represent it in this Chapter 11 case.

7. Andrew I. Silfen, a partner with Arent Fox, co-chairs the Financial Restructuring and Bankruptcy Group. Mr. Silfen frequently represents creditors' committees, indenture trustees and bondholders in bankruptcy proceedings. Mr. Silfen received his LLM (corporate) from New York University School of Law in 1994 and his J.D. from Brooklyn Law School in 1986.

8. Schuyler G. Carroll will be primarily responsible for Arent Fox's representation of the Committee in this matter. Schuyler Carroll is a partner with Arent Fox's Financial Restructuring and Bankruptcy Group and for over fifteen years has concentrated in bankruptcy and insolvency business law. Mr. Carroll has counseled large and small corporations, committees, creditors, landlords, trustees, indenture trustees, and investors and purchasers in Chapter 7 and 11 bankruptcy proceedings, out-of-court workouts and non-judicial reorganizations and restructurings. Mr. Carroll regularly represents creditors' committees, as well as troubled companies, trade creditors and other clients in out-of-court restructurings and workouts, bankruptcy and insolvency proceedings and related state and federal court litigation including foreclosures, recovery and collection actions, enforcement proceedings, loan participation and inter-creditor disputes. Mr. Carroll also has extensive experience in representing purchasers and sellers of debt and equity positions and assets of troubled, distressed, insolvent and bankrupt businesses as well as acquiring or gaining control of such companies. Mr. Carroll received his J.D. from the St. John's University School of Law (*cum laude*) where he was a member of the St. John's Law Review and received his B.A. from the State University of New York at Binghamton.

9. The professional services Arent Fox will be required to render include, but are not limited to the following:

    (a)    to assist, advise and represent the Committee in its consultation with the Debtor relative to the administration of this Chapter 11 case;

    (b)    to assist, advise and represent the Committee in analyzing the Debtor's assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales or dispositions;

3

(c) to attend meetings and negotiate with the representatives of the Debtor;

(d) to assist and advise the Committee in its examination and analysis of the conduct of the Debtor's affairs;

(e) to assist the Committee in the review, analysis and negotiation of any plan(s) of reorganization that may be filed and to assist the Committee in the review, analysis and negotiation of the disclosure statement accompanying any plan(s) of reorganization;

(f) to assist the Committee in the review, analysis, and negotiation of any financing or funding agreements;

(g) to take all necessary action to protect and preserve the interests of the Committee, including, without limitation, the prosecution of actions on its behalf, negotiations concerning all litigation in which the Debtor is involved, and review and analysis of all claims filed against the Debtor's estate;

(h) to generally prepare on behalf of the Committee all necessary motions, applications, answers, orders, reports and papers in support of positions taken by the Committee;

(i) to appear, as appropriate, before this Court, the Appellate Courts, and other Courts in which matters may be heard and to protect the interests of the Committee before said Courts and the United States Trustee; and

(j) to perform all other necessary legal services in this case.

10. Arent Fox has indicated a willingness to act on behalf of the Committee and render the necessary professional services as attorneys for the Committee.

11. Subject to this Court's approval, Arent Fox will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for services of this type and nature and for this type of matter in effect on the date such services are rendered and for its actual, reasonable and necessary out-of-pocket disbursements incurred in connection therewith. The following are Arent Fox's current hourly rates for work of this nature:

(a) Partners: $455 - $790

(b) Of Counsel: $455 - $750

(c) Associates: $290 - $515

(d) Paraprofessionals: $145 - $260

12. Arent Fox intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and Orders of this Court. Compensation will be payable to Arent Fox in compliance with the above rules, on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Arent Fox.

### Disinterestedness of Professional

13. To the best of the Committee's knowledge, information and belief, and except as set forth in the Silfen Declaration, none of Arent Fox's respective attorneys hold or represent any interest adverse to the Committee, the Debtor or its estate or creditors, and Arent Fox is a "disinterested person," as defined in Section 101(14) of the Bankruptcy Code.

14. The Committee believes that the retention of Arent Fox is in the best interest of the Committee, the Debtor, its estate and creditors.

15. No prior application has been made for the relief requested herein to this or any other Court.

### Notice

16. Notice of this Application has been given to (a) the Office of the United States Trustee, (b) counsel to the Debtor and (c) all other persons who have requested notice pursuant to Bankruptcy Rule 2002. The Committee respectfully submits that such notice is sufficient, and requests that this Court find that no further notice of the relief requested herein is necessary or appropriate.

## Conclusion

WHEREFORE, the Committee respectfully requests that this Court enter an order, in substantially the form attached hereto as <u>Exhibit C</u> (i) granting this Application; (ii) authorizing the Creditors' Committee to employ and retain Arent Fox as its counsel, *nunc pro tunc* to January 4, 2008; and (iii) granting such other, further and different relief as is just and proper.

Dated: New York, New York
January __ , 2008

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF MAXJET AIRWAYS, INC.
Israel Aerospace Industries, Ltd.

| | | | |
|---|---|---|---|
| Signed: | _____ | Signed: | _____ |
| By: | Ephraim Pollack | By: | Eli Hattem |
| Name: | Director of Finance, | Name: | General Manager, |
| Title: | Bedek Group, Engine Division | Title: | Bedek Group, Engine Division |
| Address: | Ben-Gurion International Airport 70100, Israel | Address: | Ben-Gurion International Airport 70100, Israel |