IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAXJET AIRWAYS, INC.,[1] | ) | Case No. 07-11912 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | **Objections Due: January 25, 2008 at 4:00 p.m. EST** |
| | ) | **Hearing Date: February 1, 2008 at 2:00 p.m. EST** |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF ARENT FOX LLP AS CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS _NUNC PRO TUNC_ TO JANUARY 4, 2008**

To: Parties on the attached service list.

The Official Committee of Unsecured Creditors (the "Committee") of MAXjet Airways, Inc. has filed its Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing and Approving the Employment of Arent Fox LLP as Co-Counsel for the Official Committee of Unsecured Creditors _Nunc Pro Tunc_ to January 4, 2008 (the "Application").

If you object to the relief requested in the Application, you are required to file an objection to the Application on or before January 25, 2008 at 4:00 p.m. EST (the "Objection Deadline"). You must also serve a copy of such objection on the following proposed counsel to the Committee, on or before the Objection Deadline.

Stephen M. Miller
Thomas M. Horan
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: thoran@morrisjames.com

Andrew I. Silfen, Esq.
Schuyler G. Carroll, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail: silfen.andrew@arentfox.com
E-mail: carroll.schuyler@arentfox.com

---

[1] The Debtor's mailing address is Washington Dulles International Airport, 45025 Aviation Drive, Suite 400, Dulles, VA 20166.

Christopher J. Giaimo, Esq.
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
E-mail: giaimo.christopher@arentfox.com


     <u>HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 1, 2008 AT 2:00 P.M. EST BEFORE THE HONORABLE PETER J. WALSH, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE 19801.</u>

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 14, 2008       MORRIS JAMES LLP

          Stephen M. Miller (DE Bar No. 2610)
          Thomas M. Horan (DE Bar No. 4641)
          500 Delaware Avenue, Suite 1500
          P.O. Box 2306
          Wilmington, DE 19899-2306
          Telephone: (302) 888-6800
          Facsimile: (302) 571-1750
          E-mail: smiller@morrisjames.com
          E-mail: thoran@morrisjames.com

               and

          Christopher J. Giaimo, Esq.
          Arent Fox LLP
          1050 Connecticut Avenue, NW
          Washington, D.C. 20036-5339
          Telephone: (202) 857-6000
          Facsimile: (202) 857-6395
          E-mail: giaimo.christopher@arentfox.com

               and

Andrew I. Silfen, Esq.
Schuyler G. Carroll, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail: silfen.andrew@arentfox.com
E-mail: carroll.schuyler@arentfox.com

*Proposed Counsel for the Official Committee of
Unsecured Creditors*

1651657