**EXHIBIT A**

NYC/364676.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAXJET AIRWAYS, INC., | ) | Case No. 07-11912 (PJW) |
| | ) | |
| | ) | **Hearing Date: February 1, 2008 at 2:00 p.m. EST** |
| Debtor. | ) | **Objection Deadline: January 25, 2008 at 4:00 p.m. EST** |

### DECLARATION OF ANDREW I. SILFEN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 4, 2008

I, Andrew I. Silfen, hereby declare under penalty of perjury:

1.       I am a partner of the firm of Arent Fox LLP ("Arent Fox"), a law firm which employs approximately 325 attorneys and maintains an office for the practice of law at 1675 Broadway, New York, New York 10019 as well as an office in Washington, DC and Los Angeles, CA.

2.       I am fully familiar with the facts hereinafter stated, and am authorized to make this declaration (the "Declaration") on behalf of Arent Fox. The information contained in this Declaration is of my own personal knowledge or derived from my review of the file in this case.

3.       I submit this Declaration in support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of MAXjet Airways, Inc. (the "Debtor"), to employ and retain Arent Fox as counsel to the Committee *nunc pro tunc* to January 4, 2008 and to provide certain disclosures under Section 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

4.       I have read and am fully familiar with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, and I am sufficiently competent to handle whatever might be foreseeably expected of the Committee's counsel in this matter.

5.      Insofar as I have been able to ascertain, except as described herein, the other partners, counsel and associates of Arent Fox and I are disinterested parties within the meaning of § 101(14) of the Bankruptcy Code, have no interest adverse to and no connections to the Committee, the Debtor's estate, its creditors or any other party in interest herein or their respective attorneys and accountants with respect to matters for which Arent Fox is to be engaged.[1]  Although Arent Fox from time to time has represented and in the future may represent various entities that are creditors of the Debtor or otherwise had or have an interest in this proceeding in matters wholly unrelated to this proceeding, Arent Fox will not represent those creditors or parties in connection with this Chapter 11 case.

Arent Fox's Conflict Check System

6.      In connection with preparing this affidavit, Arent Fox submitted the names of parties-in-interest in this case (the "Parties-in-Interest") for review in the computerized conflict database system maintained by Arent Fox.  The list of the Parties-in-Interest was obtained by Arent Fox from the initial papers filed in this case by the Debtor as well as the list of persons searched by Debtor's counsel, Pillsbury Winthrop Shaw Pittman LLP, in their conflicts search.  Arent Fox maintains and systematically updates its conflict check system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.  The conflict check system maintained by Arent Fox is designed to include every matter on which the firm is now or has been engaged, the entity for which the firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney in the firm that is knowledgeable about the matter.  It is the policy of Arent Fox that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter

---

[1] Arent Fox appears in many cases involving a substantial number of creditors and parties-in-interest.  Arent Fox is reviewing the parties-in-interest in this proceeding and will make every effort to disclose all connections to these parties as they become known to Arent Fox.  Although it is not possible to guarantee that each and every connection is disclosed, Arent Fox will file additional and supplemental disclosure statements in the event Arent Fox becomes aware of any additional connections.  In addition, it is possible that some creditors or parties-in-interest herein are creditors or parties-in-interest with *de minimus* interest in other cases in which Arent Fox plays a role.

for conflicts, including the identity of the prospective client, as well as related and adverse parties. Accordingly, the database is regularly updated for every new matter undertaken by Arent Fox.

7. The Parties-in-Interest which Arent Fox submitted to its conflict database include:

    a. The Debtor and the Debtor's known officers and directors;

    b. The Committee and its members;

    c. The twenty largest unsecured creditors of the Debtor as listed on the Petition;

    d. Known substantial equity holders;

    e. The professionals that the Debtor has sought authority to employ in this Chapter 11 case; and

    f. Other interested or related parties.

8. A list of the names of those Parties-in-Interest described above were submitted to the conflict check system and is attached hereto as Exhibit 1.

Arent Fox's Relationship With Parties-In-Interest In Unrelated Matters

9. Exhibit 2 contains a list of the Parties-in-Interest or their affiliates that Arent Fox has represented, currently represents or is or were adverse to matters wholly unrelated to the Debtor and its estate. As disclosed in Exhibit 2, Arent Fox and its partners, counsel, and associates have in the past represented, currently represent, and may in the future represent entities that are creditors of the Debtor, or other parties-in-interest in the Debtor's Chapter 11 case in matters unrelated to this case. Arent Fox has not, and will not, represent any creditors of the Debtor or other parties-in-interest in connection with the Debtor or this case or have any relationship with any such entity which would be adverse to the Debtor or its estate.

10. Further, Arent Fox appears in cases, proceedings and transactions involving a substantial number of different attorneys, accountants, financial consultants and investment bankers, some of which now or may in the future represent creditors or Parties-In-Interest in this case.

3

11.     Arent Fox has not agreed to share (a) any compensation it may receive with another party or person, other than with the partners and associates of Arent Fox, or (b) any compensation another person or party has received or may receive.

12.     Arent Fox agrees to charge, subject to this Court's approval in accordance with Section 330(a) of the Bankruptcy Code, the Firm's standard hourly rates for work of this nature and for this type of matter, plus its customary reimbursements as charged to bankruptcy and non-bankruptcy clients. Arent Fox professionals and para-professionals presently are billed as follows:

| a. | Partners: | $455 - $790 |
| b. | Of Counsel: | $455 - $750 |
| c. | Associates: | $290 - $515 |
| d. | Paraprofessionals: | $145 - $260 |

13.     The rates set forth above are subject to periodic review and adjustment and are set at a level designed to fairly compensate Arent Fox for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Generally, the rates are subject to an increase at the beginning of each calendar year. It is Arent Fox's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone, telecopier and other charges, mail and express and overnight mail charges, special or hand delivery charges, photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. Arent Fox will charge the Debtor's estate for these expenses in a manner and at rates consistent with charges made generally to Arent Fox's other clients. Arent Fox believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients. Arent Fox will seek reimbursement of its expenses as allowed pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of this Court.

14.     Arent Fox did not receive a retainer with respect to its representation of the Committee.

15.     Arent Fox will not represent any entity other than the Committee in this Chapter 11 case.

4

16.    Based upon the information available to me, and except as otherwise described herein, Arent Fox holds no interest adverse to the Committee, the Debtor, its estate or its creditors as to the matters in which it is to be employed. I believe that Arent Fox is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code. I know of no reason why Arent Fox cannot act as attorneys for the Committee. The foregoing constitutes the statement of Arent Fox pursuant to Section 327 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

17.    I declare under penalty of perjury that the foregoing is true and correct. Executed this ____ day of January 2008, at New York, New York.

Andrew I. Silfen

5

**EXHIBIT 1**

**Debtor**

MAXjet Airways, Inc.

**Debtor's Professionals**

Pachulski Stang Ziehl & Jones LLP
James E. O'Neill, Esq.
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pillsbury Winthrop Shaw Pittman LLP
Richard Epling, Esq.
Jerry Hall, Esq.
Karen B. Dine, Esq.
Gianni Dimos, Esq.
Epiq Bankruptcy Solutions LLC

**Officers and Directors**

John R. Severson, EVP and CFO
William A. Kutzke, GC and Secretary
William D. Stockbridge

**Known Substantial Equity Holders**

CA High Yield Fund Ltd
Calyon Securities USA, Inc.
Citadel Equity Fund Ltd
Computershare Investor Services
Cougar Trading LLC
Diamondback Master Fund Ltd
Joseph C. Farrel
Guggenheim Partners LLC
David Husman
JNN MAXJET LLC
Krispen Family Holdings LLC
Lehman Brothers International (Europe)
Millennium Group LLC
OGI Associates LLC
Paul Ohadi
Wells Fargo Advantage Asia Pacific Fund
Sand Spring Capital LLC
Sand Spring Capital Ltd
Watershed Capital Institutional Partners LP
Watershed Capital Partners LP
Weiss Multi-Strategy Partners LLC
Kenneth M. Wooley

## Creditors' Committee Members, Counsel and Related Parties

Israel Aerospace Industries Ltd.
Mezzo Movies Limited
Servisair UK Ltd.
ICF International (as successor to SH&E)
Christopher Rocheron, representative of WARN Act Claimants
Joseph M. Vann, Esq.
Ira R. Abel, Esq.
Andrew John Wilson
Gary Morgan
Judith B. Kassel, Esq.
Lankenau & Miller LLP

## 20 Largest Unsecured Creditors

Israel Aerospace Industries Ltd.
AlItalia Servizi
Lufthansa Technik AG
Alpha Flight Services
Radisson
Delta Air Lines, Inc.
JLT Aerospace
Degecor Digital
HMRC-HER Majesties Revenue & Customs
SR Technics UK, LTD
BAA Business Support Centre
Mezzo Movies
SH&E
NATS
Servisair Globeground
Los Angeles World Airports
Lifeline Critical Logistics
Ultimate Aircraft
AT&T Mobility
7th Floor Consultancy, Ltd

## Other Interested or Related Parties

(ADP) AUTOMATIC DATA PROCESSING
COMPANY
(AlA) AlA Master Systems
1010 WINS
45025 AVIATION DRIVE
7TH FLOOR CONSULTANCY, LTD
A & P INTERNATIONAL SERVICES
A S I Corporation
A&M SALES & MARKETING, LTD
A&R FOOD SERVICES
A. HARRINGTON
A. JAN PATTISON

A.E. PETSCHE CO
A.J BURNS
A.S.1. SOLUTIONS
A2 GROUP
A2 TECHNOLOGIES
AAF COS
AAF INTERNATIONAL
AAI AERO, INC.
AAR
AAR Aircraft & Engine Sales & Leasing, Inc
AAR BROOKS & PERKINS
AAR Corp.

NYC/364712.3

AAR Corporation
AARON BETSKY
AAICO
ABC/ AMEGA INC
ABCO
ABCO Food Group, Inc.
ABCO INC
ABCO INSURANCE AGENCY, INC.
Abco Insurance Company
ABCO INTERNATIONAL
ABCO Markets, Inc.
ABCO METAL CORP.
ABCO Realty Corp.
ABCO WATERPROOFING INC
ABRIC NORTH AMERICA, INC
ABX Air Inc
ABX AIR, INC
ACC BUSINESS
ACC Business
Acceris
ACCERIS
ACCERIS COMMUNICATIONS
Acceris Communications, Inc.
ACCERIS COMMUNICA TONS
ACCOMMODATIONS PLUS
ACG
ACG ARCHITECTS
ACG HOLDINGS, INC
ACG International
ACG PROJECTES INFORMATICS, S.L.
ACG SYSTEMS INC
ACTE INTERNATIONAL
ACTION BUSINESS EQUIPMENT
AC-U-KWIK
ADAMS RITE AEROSPACE
ADAMS RITE MANUFACTURING CO
AD LEAP PROMOTIONS GROUP
ADP
ADP (AUTOMATIC DATA PROCESSING
COMPANY)
ADP (Automatic Data Processing, Inc.)
ADP AUTOMATED DATA PROCESSING
ADP Marshall Contractors Inc
ADP PARTS SERVICE DIVISION
ADP RETIREMENT SERVICES
ADP TotalSource
ADP UK
ADP, Inc.
ADRIAN HICK
ADRIAN PATTISON

ADVENTURES IN ADVERTISING
CORPORATION
ADVICORP PLC
AERO CONTROLS INC
AERO INSTRUMENTS & AVIONICS, INC
AERO PORT SERVICES, INC
AERO PRODUCTS RESEARCH, INC.
AERO SAFETY GRAPHICS INC.
AERO SUPPLY & CONSULTING CORP.
Aero Systems Avionics Corp
AERO TECHNOLOGIES, LLC
AERO TECHNOLOGY
AEROBRAND, INC
AEROCOCINA, S.A. DE C.V.
AEROED LLC
AERO-LINK ARIZONA
AERONAUTICAL COMMUNICATIONS
GROUP
AERONAUTICAL SUPPORT, INC
AEROPORT DE PARIS
AEROSERVICE AVIATION CENTER
AEROSP ACE FITTINGS, INC.
AEROSP ACE PRECISION INC
Aerospace Service Controls, Inc.
Aerospace Technologies of Australia
Aerospace Technology, Inc.
AEROSPHERE AVIATION SERVICES, INC
AEROSUD A VIA TION L TD
Aerotech Services, Inc.
AEROTECH, INC.
AeroTech, Inc.
AEROTECH, INC.
AEROTRON AIRPOWER, INC.
AEROTURBINE, INC.
AETNA
AETNA CASUALTY & SURETY CO /
SHAPIRO, PHYLLIS C
Aetna Casualty & Surety Company
AETNA EXCESS & SURPLUS LINES CO
Aetna Excess & Surplus Lines Co.
AETNA EXCESS & SURPLUS LINES
COMPANY
AETNA EXPRESS & SURPLUS LINES CO
AETNA FINANCE CO
Aetna Finance Company
AETNA FIRE UNDERWRITERS DEPT &
SOUTHERN UNDERWRITERS
Aetna Health of California Inc.
Aetna Healthcare Systems, Inc.
AETNA INC
Aetna Inc

Aetna Insulated Wire
Aetna Insurance
AETNA INSURANCE
AETNA INSURANCE CO
AETNA INSURANCE CO OF THE
MIDWEST
Aetna International, Inc.
Aetna Life & Casualty
Aetna Life & Casualty/Verbatim Corp./Sobrato
Dev't. Co.#840
Aetna Life & Casualty/Wickland Oil Co.
Aetna Life and Casualty Company/Witco
Chemical Company
Aetna Life Ins. Co./Baybridge Office Plaza
Aetna Life Ins. Co./Borel Development
Company
Aetna Life Ins. Co./Hammons
Aetna Life Ins. Co./Koll
Aetna Life Ins. Co./L.W. Douglas, Jr.
Aetna Life Ins. Co./Lewis Douglas Development
Company
Aetna Life Ins. Co./Madera Glass Company
Aetna Life Ins. Co./Marriott Corporation
Aetna Life Ins. Co./Natomas Company
Aetna Life Ins. Co./Oakland Center OB II
Aetna Life Ins. Co./Rodeway Inns of America
Aetna Life Ins. Co./Sunlaw Energy Corp.
Aetna Life Ins. Co./The MacDonald Group, Ltd.
Aetna Life Ins. Co./Ucb Building
Aetna Life Ins. Co./Watergate Associates
Aetna Life Ins. Co./Watergate Tower
Aetna Life Ins. Co./Wells Fargo Leasing
Company
Aetna Life Ins. Co./Whitney-Stonehenge
Properties
Aetna Life Ins. Co./Zimmerman, Myron
AETNA LIFE INSURANCE CO.
AETNA LIFE INSURANCE COMPANY
Aetna Life Insurance Company, et al.
Aetna Life Insurance Company/Capitola Mall
Aetna Life Insurance Company/Dunfey Hotel
Aetna Life Insurance Company/Petrolane Trust
Aetna Life Insurance CompanylU.S.
Windpower, Inc.
Aetna Life/American Forest Products Associates
Aetna Life/Benicia Industrial Park
Aetna Life/Optical Specialties, Inc.
Aetna Life/Satellite Business Systems
AETNA MAINTENANCE CO
Aetna Real Estate Investments
Aetna Realty Investors

Aetna Springs Wine Ranch
AETNA SURETY
AETNA U.S. HEALTH CARE
AETNA, INC
Aetna/Mirotznick Case Defense Group
Affordable Portables, Inc. (Cingular)
AHLERS FAMILY TRUST
AHMAD HARIRI
AHRA
AIA -- CORPORATION
AIA -- FOUNDATION
AIA -- PSAE
AIA -- RESEARCH CORP
AIA / EARL, ROBERT L
AIA Capital Corp Taiwan Ltd
AIA CORPORATION
AIA DOCUMENTS COMMITTEE
AlA Inc.
AlA Investments, Inc. (f/k/a Amakasu
Investment America, Inc.)
AILINES REPORTING
AIM JET INC
AIMS LIMITED
AIMS Software S.A.
AIMS Worldwide, Inc.
AIR BP CANADA LIMITED
Air BP Limited
AIR CARGO NEWS
AIR FLOW INTERNATIONAL
AIR GROUND SERVICES GmbH
AIR PARTNER INTERNATIONAL
Air Partners
AIR PLANNING, LLC
AIR SERV CORPORATION
AIR SERVICES TRANSPORTATION CO
AIR STREAM FOODS
AIR TRAFFIC SERVICES AGENCY
AIRBORNE FTZ, INC
AIRCRAFT ELECTRICAL COMPONENTS,
INC
AIRCRAFT INSTRUMENT AND RADIO CO
AIRCRAFT INTERIOR PRODUCTS,
GOODRICH CORP
AIRCRAFT INVENTORY MANAGEMENT &
SERVICES,
AIRCRAFT SPARES
AIRCRAFT SYSTEMS &
MANUFACTURING
AIRCRAFT TECHNICAL SUPPORT
AIRCRAFTERS, INC.
AIRFIELD SERVICES, LTD

Airflow Technologies LLC
AIRGROUP - EWR
Airgroup Corp
AIRLIANCE MATERIAL LLC
Airliance Materials, L.L.C.
AIRLINE ASHTRAYS INC
AIRLINE GAT GROUND SUPPORT
Airline Reporting Corporation
AIRLINE SERVICES
AIRLINE SERVICES, LTD
AIRLINE TARIFF PUBLISHING CO
AIRLINES REPORTING
Airlines Reporting Corporation
AIRPORT COORDINATION LIMITED
AIRPORT GROUND SERVICE CO LTD
AIRPORT MAINTENANCE CO.
AIRPORT PRESS
AIR-PRO
AIRSTART REGIONAL SPARES
AIRWAY CLEANERS, LLC
AJ WALTER AVIATION
AKZO NOBEL
AKZO NOBEL AEROSPACE
AKZO NOBEL COATINGS, INC.
Akzo Nobel Inc.
Akzo Nobel N.V.
Akzo Nobel Nederland BV
Akzo Nobel NV
ALABAMA INSTRUMENT & RADIO INC.
ALAN PEARMAN
ALAN PROVDA
ALASTAIR MAXWELL
ALBANNACH
ALBERS TONE ENTERPRISES
ALEXANDER FORBES
Alexander, Forbes i. J.
ALEXANDRIA TIMES
ALFRED & JOAN GARLAND
ALGAR SIGNCRAFT SERVICES
(CAMBRIDGE), LTD
ALIT ALIA
Alitalia Airlines
Alitalia Maintenance
ALITALIA SERVIZI
ALLAN DICKSON
ALLAN WELLS
ALLEN ALTER
ALLFLGITH CORP.
ALLTRANSPACK, INC
Aloha Airgroup, Inc.
Alpha Catering

ALPHA FLIGHT SERVICES
ALPHINE AERO L TD
ALST A TE MAINTENANCE
AL TEON
Alteon Networks
AL TEON WEB SYSTEMS INC
ALWAYS FUN CASINO, LLC
AMADEUS REVENUE INTEGRITY
AMALGAMATED
Amalgamated Bank of Chicago
Amalgamated Bank of New York
Amalgamated Bank of New York - Loans
Amalgamated Casualty Insurance Company
AMALGAMATED CLOTHING & TEXTILE
WORKERS
AMALGAMATED CLOTHING & TEXTILE
WRKRS
AMALGAMATED ELECTRIC CORP L TD
AMALGAMATED FOOD & POULTRY PTY
LTD
AMALGAMATED LAND SYNDICATE INC
Amalgamated Life Insurance Fund
Amalgamated Management and Properties, Inc.
AMALGAMATED SERVICES INC
Amalgamated Sugar Company
AMALGAMA TED THEATRES L TD
AMENDMENT I, INC
AMERICAN AIRLINES
American Airlines (Terminated Employees)
AMERICAN AIRLINES TRAINING CORP
AMERICAN AIRLINES, INC.
AMERICAN AIRLINES, INC./DEL T A
AIRLINES, INC.
AMERICAN BASE NO.1
AMERICAN EXPRESS
American Flight Group, Inc.
AMERICAN INSTITUTE OF ARCHITECTS
(AIA)
AMERICAN INSURANCE ASSOCIATION
(AIA)
AMERICAN JET INDUSTRIES
AMERICAN OFFICE
AMERICAN OFFICE EQUIPMENT CO INC
AMERICAN OFFICE EQUIPMENT CO., INC
AMERICAN OFFICE PARK PROPERTIES
(MERCANTILE PROPERTY)
AMERICAN PROPERTY CONSTRUCTION
AMERIFLIGHT, INC
AMI Wines
AMI WINES, LLC
AMSAFE AVIATION

AM-SAFE AVIATION
AMSAFE LOGISTICS & SUPPORT
ANDERSON COOPER GROUP
ARCHITECTS (ACG)
ANDREW RAY
ANGELO'S EXPRESS LIMOUSINE
ANSETT AIRCRAFT SPARES &
APS FINANCE CO NV
APS FINANCIAL CORP
APS FINANCIAL SERVICES INC
ARC AVIONICS CORPORATION
ARCHIBALD HESSE
Ardeshir Geranmayeh
Arinc Incorporated
ARINC, INC
ASCAP
ASCAP v. ABC & CBS
ASI
ASI Corp
ASI Services, Inc.
ASI Underwriters
ASIG
AT&T
AT&T MOBILITY
AT &T Services, Inc.
Atlantic Aviation
AUTOMATED DATA PROCESSING
Automatic Data Processing Inc
AUTOMATIC DATA PROCESSING PARTS
SERVICE DIVISION
AUTOMATIC DATA PROCESSING, INC.
AUTOMATIC DATA PROCESSING, INC.
(ADP)
AUTOMOTIVE CONSUMER SERVICES
(DBA FOR THE COOPER MEMPHIS GROUP
INC)
A VCOM AVIONICS & INSTRUMENTS
A vcom Publishing, Ltd.
A VIALL
Aviall Inc
A VIALL SERVICES INC
A viall, Inc.
AVIATION & GENERAL SECURITY
AVIATION DATA GROUP, LLC
Aviation Data System Innovations (ADSI)
AVIATION GRAPHIX - USA, LLC
AVIATION SAFEGUARDS
Aviation Safety Technologies, Inc.
Aviation Sales Co. (Timco Aviation Services
Inc)
AVID AIRLINE PRODUCTS OF RI

A VIOSUPPORT, INC
A W Media
BAA BUSINESS SUPPORT CENTRE
BAA MCARTHUR-GLEN EUROPE
BAA Stansted
BACHNIK, CECILEY
BALDINO'S LOCK & KEY
BALMAR, INC
BARCELO CRESTLINE CORPORATION
(HOST MARRIOTT)
BB&T
BB&T Bank
BB&T BANKCARD CORPORATION
BB&T BANKING & TRUST
Bb&T Capital Markets
BB&T Corporation
BB&T Factors Corporation
BDO Seidman
BDO SEIDMAN LLP
BDO SEIDMAN, LLP
BEAT STOFFEL
Bedek Aviation Group
BELUSA CHOCOLATE
BESSO LIMITED
BEVERLY COLERIDGE
BEX LLC
BGB COMMUNICATIONS
BMI GENERAL LICENSING
BOEING
Boeing Airport Equipment, Inc.
BOEING CO
BOEING CO THE
BOEING COMPANY
Boeing Company
Boeing Company Special Review Committee,
The
Boeing Company, The
Boeing Defense and Space Group, Inc.
Boeing Military Aircraft Company
Boeing Realty Corporation
Boeing Space & Communications
Boeing, Inc.
Boeing/McDonnell Douglas
BORESCOPE ON VIDEO, INC
BOSTON MARRIOTT HOTEL
BOULEVARD CABS
BRIGGS, STEPHEN M
Briggs, Stephen, II
Briggs, Stephen, II More: Source: CNV
BRIGLIA & HUNDLEY, P.C.
British Telecom/BT Americas

British Telecommunications (BT)
BT TELECOM PLC
BUILT TO LAST BY CARLOCK
C M C Steel Fabricators, Inc.
C T Corporation System
C&D ZODIAC
CAG INDUSTRIES, LLC
CALOP AEROGROUND SERVICES
CAPITAL GROWTH FINANCIAL,
CARGO AIRPORT SERVICES USA,
Carlson/Radisson
CAROLINE DEAN
CA VALIER INTERNATIONAL AIR
CBI
CBI HOLDINGS, INC
CBI INDUSTRIES
CBI INDUSTRIES INC
CBI INDUSTRIES, INC.
CBI LTD
CBI Na-Con, Inc.
CBI SERVICES INC
CDW (Caymans)
CDW Computer Centers, Inc.
CDW Corporation
CDW DIRECT, LLC
CELESTE INDUSTRIES CORP
Celestial Seasonings
CELESTIAL SEASONINGS INC
CELESTIAL SEASONINGS, INC
Cellco Partnership
Cellco Partnership dba Verizon Wireless
CENTRAL CARS
CHARMER INDUSTRIES
Charmer Industries, Inc.
CHECKER CARS
CHRISTOPHER BLACK
CIBER Europe Limited
CIBER INC
CIBER, INC.
Cingular
Cingular Wireless
Cingular Wireless Inc
Cingular Wireless LLC
Cingular Wireless, LLC
CLOSKEY, ANDREA
CMC
CMC AUSTRALIA PTY LTD
CMC CAPITAL
CMC Data Management, Inc.
CMC Magnetics Corp.
CMC Magnetics of Taiwan

CMC OCCUPATIONAL HEALTH
CMC Total-Care
CMC/CLA
COGENT COMMUNICATION GROUP, INC
Cogent Communications
COGENT COMMUNICATIONS, INC
COGENT DIAGNOSTICS LTD
Cogent Light Technologies, Inc.
Cogent Partners
Cogent Systems, Inc.
CogentDesign
Cohane & Rafferty Securities LLC
COHEN, STEVE AND MCGOWAN, MARY
Cohen, Steven
Cohen, Steven & Faith
Cohen, Steven, M.D.
COLEMAN, DAVID R
COLUMBIA GAS
COLUMBIA GAS DEVELOPMENT OF
CANDADA L TD
COLUMBIA GAS OF VIRGINIA
Columbia Gas System
COLUMBIA GAS SYSTEM INC
Columbia Gas Transmission Corporation
COMPLETE TURBINE SERVICES
CONSOLIDATED AIRCRAFT SUPPLY
CONSOLIDATED PLANT AIRPORT &
BUILDING HOLDINGS LTD
COOPER MEMPHIS GROUP INC
Cooper Memphis Group, Inc. dba Automotive
Consumer Services
CORESTAFF SERVICES, LP
CORPORATE EXPRESS - DPM
Corporate Express (Houston, TX)
Corporate Express Airlines
Corporate Express, Inc.
Cort Events Furnishings
CORT FURNITURE
CORT FURNITURE RENTAL
COUNTRY IN & SUITES NORTH
COURTENAY HEADING
Courtyard by Marriott
COURTYARD BY MARRIOTT II LP
Covad
COV AD COMMUNICATIONS
Cravath, Swaine & Moore/MCI
CROSS, GEOFFREY R
CROWNE PLAZA
Crowne Plaza/Holiday Hospitality Corp.
CS BUILDING SOCIETY
CS TERMINALS UK LTD

CS/Executone Telecom, Inc.
CT CORPORATION
CT Corporation System
CT Realty Corporation
DAA SHARED SERVICES
DAAMC
DALY, JOHN F
DALY, JOHN P DEC'D
Daly, John P., Dec'd.
DANBEE AEROSPACE, INC.
Data Com Warehouse
Datacom and Richard Moore vs Charter
Communications Holding and Charter
Communications Inc
Datacom Cable
DATACOM CONNECTIONS INC.
DATACOM SYSTEMS CORP
Datacom Systems, Inc.
Datacom Technologies Inc
Datacom. com
Datacomm
DAVID COLEMAN
DAVID PRESTON
DAVIDSON, JOHN
DAVIDSON, JOHN G
DAVIDSON, JOHN M
Davidson, John M. - Davidson, Gail
DAVIDSON, JOHN R.
Debbi Morgan v. First United Financial Group,
LLC v. Robert L. Hall
DEBORAH THOMPSON &
Delaware State Police
DELAWARE, SECRETARY OF STATE OF
DELAWARE, STATE COURT OF
CHANCERY
DELAWARE, STATE OF
Dell Marketing Inc.
Dell Marketing L.P.
Dell Marketing LP
Dell Marketing, L.P.
DELL MARKETING, LP
Dellem Associates, Inc.
DELTA AIR LINES
DELTA AIR LINES, INC
DELTA AIR LINES, INC.
DEPARTMENT OF CIVIL AVIATION
DESTER, LLC
DGAC
DHL
DHLAIRWAYS INC
DHL CORP

DHL Corporation
DHL Express (USA) Inc.
DHL INC
DHL INTERNATIONAL (UK)
DHL INTERNATIONAL L TD
DHL Systems Ltd.
DHL Systems, Inc.
DHL Worldwide Express
DIGECOR DIGITAL
DIO UK, L TD
DIRECTV
DIVERSIFIED AERO SERVICES
DONES, JULIO
DOUGLAS MCJANNET
DR. & MRS. WILLIAM HASKETT
DRIESSEN
Duke Gerstel Shearer, LLP
DUTY FREE WORLD, INC
EASTERN AERO MARINE
EASYNET, LTD
ELCO (DBA ENTERPRISE RENT-A-CAR OF
LOS ANGELES)
ELITE AIRLINE LINEN OF NEW
EMBARQ
Enterprise Rent A Car Company of Sacramento
ENTERPRISE RENT -A-CAR
Enterprise Rent-A-Car Co of Los Angeles Inc
Enterprise Rent-A-Car Co.
Enterprise Rent-A-Car Company
Enterprise Rent-A-Car Company of Los Angeles
Enterprise Rent-a-Car Company of St. Louis
Enterprise Rent-A-Car Company, a Missouri
corporation
Enterprise Rent-a-Car of San Francisco
ePlus
EPLUS TECHNOLOGY, INC.
EPLUS, INC.
Equitable/Hall, Gary
Verizon Pension Plan
EVEREST VIT, INC
EXCEL PASSENGER LOGISTICS,
ExecuStay by Marrott
Express Corporation (FedEx)
F &E AIRCRAFT MAINTENANCE-A TL
FAIRFIELD INN
FAMILY ASSISTANCE FOUNDATION
Fed Ex Freight West
Federal Express Corporation
Federal Express Corporation (FedEx)
FEDEX
FEDEX (360353)

FEDEX AERONAUTICS CORP
FEDEX CORP
FEDEX CUSTOM CRITICAL
FEDEX Customer Information Service
Fedex Freight East
Fedex International Transmission
FedEx Kinko's Inc
FEDEX NATIONAL L TL
FFV Aerotech
FFV Aerotech AB
FILTERFRESH COFFEE
Filterfresh Coffee Service Inc.- MV
FINANCIAL DYNAMICS
Financial Times
Financial Times Advertising, US
Financial Times Business Entpr
Financial Times Limited-London
FIRST FLIGHT
FIRST WAVE AVIATION, LLC
Firstwave Events LLC
FLIGHT STATION, INC
FLIN, BRUCE
Forbes, Alexander C.
FOUNDRY
Foundry Networks
FOUNDRY PLANT & MACHINERY LTD
Foundry, Inc.
FoundryOne, Inc.
Fraser & Beatty, c/o General Aerospace Inc.
G Neil Direct Mail Inc.
GA TELESIS, LLC
GAM PRINTERS INCORPORATED
GARDEN CITY HOTEL
GARY BLACKSTAD
GARY HALL
GARY HORLICK
GASTON, RICK
GAT Airline Ground Support
GATE GOURMET CATERING
GE AIRCRAFT ENGINES
GE Capital Container Corporation
GE Commercial Aviation Services (GECAS)
GE INSPECTION TECHNOLOGIES, LP
GELBERG SIGNS
GEM/LASER EXPRESS, INC
GENERAL AEROSPACE, INC
General Dynamics Ots (aerospace), Inc.
General Electric Capital Corporation (GE Capital)
GENESIS AVIATION INC
GEOFFREY M. CROSS

GEOFFREY THOMPSON
GEORGE & JOAN MCGAULEY
GEORGE & JOAN MCGAULEY
GEORGE GEORGIOU
GEORGE MEL TSER
GEORGE TAYLOR
GEORGETOWN INC.
Georgiou, George
GEORGI-TRANSPORTE
GERSTEL OFFICE FURNITURE
GERSTEL, MARTIN S
GILLANI, SADIQ
GIOVANNI BRULLO
GLENN M. KMECZ
GLENN WELCH
Global Aerospace Corporation
Global Aerospace Limited, Inc.
Global Aerospace Underwriting Managers
Global Aerospace, Inc.
GLOBAL AIRCRAFT DISPATCH
GLOBAL AIRTECH
Global Aviation
GLOBAL A VIA TION INSURANCE MANAGERS
GLOBAL AVIATION INSURANCE SERVICES
GLOBAL AVIATION LOGISTICS,
GLOBAL A VIA TION LOGISTICS, L TD
Global Crossing
GLOBAL CROSSING
Global Crossing Conferencing
Global Crossing Limited Ltd
GLOBAL CROSSING LTD
Global Crossing Ltd.
Global Crossing North America Inc
GLOBAL CROSSING TELECOMMUNICATIONS
Global Crossing Telecommunications, Inc.
Global Network Security, Inc., successor in interest to Synergis Systems, LLC
GLOBAL PARTS SUPPORT INC
Global Securities House
GLOBAL SECURITIES INFORMATION INC
GLOBAL SECURITY ASSOCIATES,
GLOBAL SECURITY ASSOCIATES, LLC
GLOBAL SECURITY SEALS
Global Support Services Company
GLOBAL SUPPORT SOFTWARE CORP
G- NEIL
GOLDBERG, CANTOR & DOROTHY
GOLDEN TOUCH TRANSPORTATION

GOLDEN TOUCH TRANSPORTATION OF NY INC
GOODE, HAROLD MICHAEL
GOODNESS GRACIOUS
GOODRICH LIGHTING SYSTEMS
GRAINGER
Grainger Farms, Inc.
Grainger Parts Operation
GREATER ORLANDO AVIATION AUTHORITY
GREEN AVIATION CONSULTING
GREER INDUSTRIES INC.
GREGORY LU
GRIFFIN SECURITY SOLUTIONS
GTE CALIFORNIA INC
GTE CALIFORNIA INC (Verizon California Inc)
GTE California Incorporated (Verizon California Inc)
GTE SPRINT COMMUNICATIONS CORP
GUY HUTCHINS
H.J. SERVICES & SONS, LTD
HALL, ROBERT
HALL, ROBERT P III
Hallmark Aviation
HALLMARK AVIATION SERVICES
Hamilton Sundstrand
HAMILTON SUNDSTRAND
HAMILTON SUNDSTRAND DOWAGIAC, INC
HANFT, ADAM
HANSAIR LOGISTICS, INC.
HARDEEP BINDRA
HARDMAN, MARK
HARRIEL, SID
HARRINGTON, ALAN M
HARRODS A VIA TION L TD
HASCO
HAS CO DIVISION
Hasco Medical of New Mexico, Inc.
Hasco, Inc. of Farmington
Haskett, Dr. and Mrs. William
HASKETT, WILLIAM
HAYES AND BOONE, LLP
HAYNES & BOONE LLP
HAYNES AND BOONE, LLP
HAYNES, BOONE LLP
Hayward Baker, Inc.
Hayward Industrial Park Associates, a California general partnership
Hayward Phoenix, LP

HA YW ARD REDEVELOPMENT AGENCY
HAYWARD TYLER INC
Hayward Tyler Inc.
HAYWARD VESPER MEDICAL GROUP INC
More: Source: MEM
HA YW ARDS LTD
HEDGER, PAUL
HENDRY, MARK
HENRY, KELLY
HERMAN AND DONNA AHLERS
Hewlett Packard
HEWLETT-P ACKARD FINANCIAL SERVICES
HILTON GARDEN INN
HILTON LONDON GA TWICK
HL SUMMERS, INC
HMS HOST
HOFFECKER, DANIELLE
HOLIDAY CROWNE PLAZA HOTEL
HOLIDAY IN
Holiday Inn (Niagra Falls) Limited
HOLIDAY IN (NIAGRA FALLS) LIMITED
HOLIDA Y IN CENTER CITY IN PHILADELPHIA
Holiday Inn Cordoba
Holiday Inn Dulles
HOLIDA Y INN EXPRESS
HOLIDAY IN EXPRESS, HERNDON, VIRGINIA
Holiday Inn Gaithersburg
HOLIDAY INN OF SAN FRANCISCO
HOLIDAY IN OF SUNNYVALE
Holiday Inn Scope #340- VA
Holiday Inns, Inc.
HOLLINGSEAD INTERNATIONAL
Hollingsead International Inc
HOME OFFICE
HOME OFFICE RECREATIONAL ASSOCIATION
Home Solutions by Marriott
HONEYWELL
HONEYWELL CONSUMER PRODUCTS GROUP
Honeywell Control Systems Ltd.
HONEYWELL FINANCE INC
HONEYWELL INC.
Honeywell Inc./Eastern Air Lines, Inc.
HONEYWELL INFORMATION SYSTEMS
Honeywell Information Systems, Inc.
Honeywell Intellectual Properties Inc
Honeywell International

HONEYWELL INTERNATIONAL INC.
Honeywell International, Inc. (f/k/a Allied Signal Inc.)
Honeywell International, Inc., Individually, formerly known as Allied Chemical Corporation and as su
HONEYWELL IRS PROTEST
Honeywell UK Limited
HONEYWELL, INC.
Honeywell, Inc., a/c Inactive
Honeywell, Inc./Space and Aviation Control
Honeywell Alphasil
HoneywellSsed
HOST MARRIOT
HOST MARRIOTT
HOST MARRIOTT CORP
Host Marrott Corporation
HOTWIRE.COM
HOUGHTON, JAMES
HOUGHTON, JAMES B
HOUGHTON, JAMES R
HSM ELECTRONIC PROTECTION SERVICES
HSM INC
HUNTLEIGH
Huntleigh Acquisition Group
Huntleigh Corp USA v Transportation Security Admin.
Huntleigh USA
HYATT REGENCY CAPITOL HILL
Hyatt Regency Princeton
HYATT REGENCY PROPERTY THE
HYATT REGENCY RESTON
HYATT REGENCY WASHINGTON
HYDRAULIC SUPPLY COMPANY
HYDROGEN SUPPLY CO
HYDROPURE DISTRIBUTION, LTD
IAD FUELS, LLC
IAN & PATRICIA JONES
Ian Hurlock-Jones
IAN PRATT
IAN REA
IAN SCOTT
IAN THOMPSON
lATA
lata Leasing Centre
IBM
ICELANDAIR TECHNICAL
ICS
ICS COMMUNICATIONS INC
ICS GROUP OF COMPANIES, L TD

ICS TERMINALS UK L TD
ICTS
ICTS (UK) LIMITED
IDT DOMESTIC TELECOM
1- LINX, LLC
1M MIAMI AIR INTERNATIONAL, INC
IMAGEKING VISUAL SOLUTIONS
IN FLIGHT COMFORT, INC
IN NEW YORK MAGAZINE
INA/ Aetna
Incorporated Research Institutions For Seismology (Iris)
Industrial Container Services, LLC (ICS)
INFINITY AIR, INC
Inflight Financial Services Limited
INFLIGHT LOGISTICS
INFLIGHT PRODUCTIONS, USA
INFLIGHT PRODUCTS
INFLIGHT PRODUCTS CO
INFLIGHT PRODUCTS INTERNATIONAL, L TD
INFLIGHT SUPPLIES & SERVICE, INFORMER
INK
INNOVATA
IN-PRESS PHOTOGRAPHY
INTERACTIVE RECRUITMENT & TRAINING, LTD
INTERFACE AVIATION, INC
INTERFLIGHT (eas) Ltd
INTERLINE SALES MARKTING CONFRENCE
INTERNAL REVENUE SERVICE
Internal Revenue Service (IRS)
INTERNAL SERVICES CORP.
INTERNATIONAL AMALGAMATED - THINGMAKERS
INTERNATIONAL ART CONSULTANTS, LTD
International Consultants in Targeted Security (ICTS)
INTERNATIONAL FREIGHTING WEEKLY
International Lease Finance Corp
INTERNATIONAL LEASE FINANCE CORP
More: S&P Source: S&P
International Lease Finance Corp.
International Lease Finance Corporation
INTERTRADE
INTERVAL SERVICES CORP.
INTER VINE
INVENTORY LOCATOR SERVICE, INC.

INVIRON LIMITED
IOMA CLOTHING CO, LTD
IRIS
Iris Acquisition Corp
Iris AO, Inc.
Iris Associates
IRIS ASSOCIATES INC
IRIS COMPANIES
Iris Corporation
iris corporation
Iron Mountain
Iron Mountain Incorporated
Iron Mountain Off-site Data Protection, Inc.
Iron Mountain OSDO - Simi Valley
IRON MOUNTAIN RECORDS
IRON MOUNTAIN RECORDS
MANAGEMENT
Iron Mountain, Inc.
IRS (Internal Revenue Service)
Israel Aircraft Ind. Int'I, Inc
Israel Aircraft Ind., Ltd.
ISRAEL AIRCRAFT INDUSTRIES
Israel Aircraft Industries International, Inc.
Israel Aircraft Industries, Inc.
Israeli Aerospace Industries Ltd
ISTA, NORTH AMERICA
IVIRON LIMITED
J & K LEASING
J W MARRIOTT ATLANTA LENOX
J. KAMAGI
JACQUELIN KLARFELD
JAMAICA AEROSPACE COMPANY
JAMCO AMERICA, INC
JAMES GALLIGAN
JAMES MARTIN & CO. INC.
JAMES THETFORD
JAMS
JANE MALINS
JANE PARRISH
JANE STEVENS
JANET CHAMBERS
JANET GIBSON
JAPAN AIRLINES INTERNATIONAL
JASON T. BROME
JAY C. BANNING
JC West Lansdowne Inc.
JEAN FERINELLI
JEAN SOLDO
JEANNE OLIVER
JEANNINE MULLAN
JEFFERSON BY MARRIOTT

JEFFREY HANSON
JENA CUMBO
JENNIFER BOSSARD
JENNIFER GELFER
JENNIFER HARRIS
JEPPESEN SANDERSON
JEPPESEN SANDERSON INC
JEREMY JIGGINS
JEREMY SIMMONS
JEROME ALEXANDER AXELROD
JET AIRCRAFT
Jet Aircraft Maintenance
JET-CARE INTERNATIONAL INC
JETEX FLIGHT SUPPORT
Jetstream Aircraft Ltd
JFK INTERNATIONAL AIR TERMINAL
JFK MAINTENANCE, INC
JG SALES & MARKETING
JIFFY SIGN
JILL CAIRD
JIM KIRCHNER ELECTIC CO.
JIM ROSS
JK MOVING & STORAGE, INC
JL T Aerosapce
JOHN & ANGELA WATT
JOHN & HELEN DAVIDSON
JOHN ANSALDI
JOHN DALY
JOHN HENDLER
JOHN LEACH
JOHN MCCARTHY
JOHN NEWTON
JOHN NORTON
JOHN PEAT
JOHN RIORDAN
JOHN SUDLOW
JOHN VINCENT HARRIS
JOHN WILKINSON
Johnson Matthey Jewelry Corp.
JOHNSON, RICHARD
JOHNSON, RICHARD A
JOHNSON, RICHARD C
Johnson, Richard J.
Johnson, Richard J.V.
JOHNSON, RICHARD L
Johnson, Richard S. & Katherine B.
JOHNSON'S JEWELRY, INC
JON SEARS
JONATHAN FRICKER
JONATHAN MILLER
Jones, Ian

17

JORDON KIMURA
JOSCO INFLIGHT LIMITED
JOSE CROLL
JOSEPH MOl
JOSEPH T. LETTLELEIR
JOSSAIR COMPANY
JTI Duty Free USA Inc
JUANITA CASPARI
JUDITH TAPIERO
JUDY ROEPKE
JULIAN D MEDINA
JUST MINIATURES.CO.UK
JUSTIFACTS CREDENTIAL
KAISER AEROTECH
KAISER SCHERER & SCHLEGEL,
KAMLESH GILLESPIE
KAPCO/V AL TEC
KAREN MCLAUGHLIN
KAREN RYAN
KATE HILLMAN
KATHLEEN DAVIDSON
KATHLEEN KUNKLE
KATHLEEN WYATT
KATZ-HAAS, RAISSA
KAUFMAN, RICHARD
KAVANAGH, EDWARD
KAYAK SOFTWARE CORPORATION
KEHOE, PAUL
Kehoe, Paul J.
KEITH HASDAY
KELLSTROM COMMERCIAL
Ken Harrell
KENNEDY AIRPORT AIRLINES
MANAGEMENT COUNCIL, INC.
KENNETH M. HARRELL
KENNETH M. WOOLLEY
KENNETH STEARN
KENT J. YOEST
KIDDIE AEROSPACE
KIMBERLY A. HAY, CCSP
KIRKHILL AIRCRAFT PARTS CO. (KAPCO)
K-JET AVIATION
KLARKE CAPLIN/FREELANCE
KLM
KLM Capital Management, Inc.
KLM ELECTRONICS
KLM ENGINEERING &
KLM HELICOPTER
KLM Royal Dutch Airlines
KLM UK
KMW CORP

KMW Leasing II, LLC
KMW Leasing III, LLC
KMW Leasing IV, LLC
KMW Leasing LLC
KOREAN AIR
KORRY ELECTRONICS
KPMG
KRAUTHAMER & ASSOCIATES, INC
KRUPIN O'BRIEN, LLC
L-3 COMMUNICATIONS
LALITHA & ELLIOT SWART
LAMB, GREGORY
LANDMARK AVIATION
LANDMARK AVIATION TORONTO
Lansdowne Development Company
LANSDOWNE RESORT
Lansdowne Town Square Shopping Center
LANYARD DEPOT
LAS V AGAS & MORE
LAS FUEL Corporation
LASFUEL CORPORATION
LA TENIGHT CREATIVE, LLC
LAURA SHADY
Lawler, Felix and HallRobert Henigson and
Richard Fruin
LAWRENCE ENTERPRISES
LA WTFC
LAX KIWANIS CLUB
LAX SHARED USE LOUNGE
LAXFUEL CORPORATION
LAXTEC CORPORATION
Laxtec, Inc.
LE BAS INT'L AIR DIVISION
LEADING EDGE AEROSPACE INC
LEARNING TREE INTERNATIONAL
LEE HALL
LEE PATTERSON
LEGAL TIMES OF WASHINGTON INC
Lehman Brothers
Lehman Brothers Bank FSB
Lehman Brothers Financial Products Inc.
Lehman Brothers Global Asset Management Inc
Lehman Brothers Holdings
LEHMAN BROTHERS INC
LEIGH ANN LORD
LEO RASCOV AR
LESLIE DIBONA
LETS GO MALDIVES PVT LTD.
LEXINGTON CONSTRUCTION
LIFELINE CIRTICAL LOGISTICS
Lifeline Endovascular

Lifeline First Aid
LIFELINE MEDICAL SYSTEMS INC
Lifeline Pharmaceuticals, Inc.
LIFELINE PHARMACY
LINC FACILITY SERVICES, LLC
LINDEN TRAVEL BUREAU, INC.
LINK RUSSELL
LinkwayCCP COMMUNICATIONS
LISA MATTISON
LKD AEROSPACE
LONDON STOCK EXCHANGE
LONSEAL, INC
LOS ANGELES TIMES
LOS ANGELES TIMES-WASHINGTON
POST
LOS ANGELES TIMES-WASHINGTON
POST NEWS SERVICE
LOS ANGELES WORLD AIRPORTS
LOUDOUN EASTERNER
LOWELL BERGMAN
LPL CONTRACTOR SERVICE
LRT INC
LSG SKY CHEFS
LSG SKY CHEFS CATERING
LSG Sky Chefs, Inc.
LSG/SKY CHEFS, INC.
LUARNA TURTON
Lufthansa Technik
LUFTHANSA TECHNIK AG
LUFTHANSA TECHNIK LOGISTIK
Lufthansa Technik North America
Luggage Express Corp.
LUGGAGE EXPRESS LGA, INC.
LUGGAGEWORKS
LYN JONES
LYN FISCHER
M & M AEROSP ACE HARDWARE,
MACELLARO MATTHEW
MACF ARLIN, LAURA
MACH II MAINTENANCE
MAKBOUL, NAQUIB
MALDIVES AIRPORTS COMPANY
MALDIVES BAY PVT. LTD
MALIK, MUNST ANSIR
MANCHESTER AIRPORT
MANCHESTER LOCK & SECURITY/
REDONDO LOCK
MANDY SELLERS
MAR AIR FOOD
MARCA JOELSON
MARGARET KARA Y ANNIS

MARILYN J. SEPPI
MARINE MCI CORP
MARINE MCI CORP
MARINER POST-ACUTE NETWORK INC
MARJO & EERIK RIEDERER
MARK AND SPENCER
MARK EDGE
MARK HITCHCOCK
MARK LEE LEVINE & ELLEN H. LEVINE
MARK MONITOR, INC
MARK TANNER
MARK TIAHRT
MARKETING MASTERS, INC
MARKITWISE INTERNATIONAL,
MARKITWISE INTERNATIONAL, LTD
Markmonitor
MarkMonitor Holdings Inc.
MARKMONITOR, INC
MARLA SEVI
MARLIN LEASING CORP
MARRIOT CORP.
Marriott
Marriott Bethesda North
MARRIOTT CONDOMINIUM
DEVELOPMENT CORP
Marriott Corporation
Marriott Distribution Services
MARRIOTT EXECUST A Y
MARRIOTT GRAND RESIDENCE CLUB
Marriott Healthcare Services
MARRIOTT HOTEL AT SHIPYARD
PLANTATION
Marriott Hotels of Canada Limited
MARRIOTT IN BLOOMINGTON
MINNESOTA
MARRIOTT INTERNATIONAL
MARRIOTT INTERNATIONAL
ADMINISTRATIVE SERVICE SINC
Marriott International Capital Corporation
Marriott International Design & Construction
Services, Inc.
Marriott International Hotels
MARRIOTT INTERNATIONAL, INC.
MARRIOTT KEY BRIDGE HOTEL
MARRIOTT OVERSEAS CORP NV
Marriott Ownership Resorts
MARRIOTT OWNERSHIP RESORTS INC
Marriott Plaza Associates L.P.
Marriott Resorts Hospitality Corp.
MARRIOTT RESORTS HOSPITALITY
CORPORATION

MARRIOTT RESORTS TITLE COMPANY
Marriott Senior Living Services
Marrott Vacation Club International
MARRIOTT V ACA TION CLUB
INTERNATIONAL
Marriott Worldwide Corp.
Marriott, Inc.
MARRIOTT, JOHN W III
Marriott, Jr., J. W.
MARRIOTT, KATHERINE ANN
Marriott, Katherine Ann
MARTHA A. BUZZARD
MARTIN GROUP
Martin Group, Inc.
MARTIN LANCASTER
MARTIN, JIM
MARTIN, SAMUEL
Martin, Samuel Bevis & Judy Saima
MARY BALPH
MARY ELLEN KELLY
MARY PIYATISSA
MARZ & COMPANY
MAT LOGO, INC
MATERIAL MEASUREMENTS L TD
MATTHEW BERGER
MATTHEW HUGHES
MAUREEN EINARSEN
MAXX MAIL USA
MAY STEVENS
MBA / MORTEN BEYER & AGNEW
MCAFEE & TAFT
MCAFEE, TAFT, MARK, BOND, RUCKS &
WOODRUFF PC
McAfee, Taft, Mark, Bond, Rucks & Woodruff,
P.C.
McCARTHY, JAMES
McCarthy, James P.
MCI
MCI Center
MCI COMMUNICATIONS CORP
MCI COMMUNICATIONS CORP.
MCI COMMUNICATIONS CORPORATION
MCI Communications, Inc.
MCI INTERNATIONAL
MCI International/RCA GL
MCI Middle Atlantic Division
MCI MIDDLE ATLANTIC DIVISION
MCI SYSTEMHOUSE CORP.
MCI Systemhouse, Inc.
MCI Telecommunications (recently acquired by
Verizon), a/k/a Microwave Communications

Incorporated
MCI Telecommunications Corp
MCI Telecommunications Corp.
MCI World Network Solutions, Inc.
MCI WorldCom
MCI Worldcom Communications Inc.
MCI World com Conferencing
MCI WORLDCOM INC
MCI WORLDCOME NETWORK SERVICES
INC
MCI/F ACILITIES MANAGEMENT
MCI/TELEX
MCI/TELEX (SP Client not in Elite)
MCI/Verizon
MCMAHAN, DAVID & BRODY
MCMASTER-CARR
McMaster-Carr
McMaster-Carr Supply Co.
McMaster-Carr Supply Company
MedAire Inc.
MEDAIRE, INC
MEDIA GENERAL INC
MEDIA WORKS, LLC
MEDIA WORKS
Media Works Technology Corporation
MEDWAY TRAVEL MANAGEMENT
MEGGIT SAFETY SYSTEMS, INC
MEMORIAL OF BRODY MICHAEL
FARRAR
MEMPHIS AIRPORT HOTEL, N/K/A
HOLIDAY INN SELECT HOTEL
MEMPHIS GROUP
MEMPHIS GROUP INC
Memphis Group, Inc.
MERCURY AIR CENTERS, INC -A TL
MERICAN AIRLINES TRAINING CORP
MERRI SUGARMAN
MERULA LIMITED
MERVY DOBSON
MESSIER-BUGA TTIS
MESSIER-BUGA TTI- TRACER
METEOR PARKING, LTD
METEORLOGIX
METLIFE SMALL BUSINESS CENTER
METRO CALL
METRO CALL INC
METRO CALL INC.
METROPOLITAN WASHINGTON
METROPOLIT AN WASHINGTON AIRPORT
AUTH

METROPOLITAN WASHINGTON
AIRPORTS AUTHORITY
METZELER SCHAUM GMBH
MIAMI TECH LINE MAINTENANCE
MICHAEL & MERYL LINNANE
MICHAEL CLARKE
MICHAEL DUDLEY
MICHAEL GRASSO
MICHAEL HAROLD
MICHAEL MARSHALL
MICHAEL MICKENBERG
MICHAEL O. THORNER
MICHAEL PATRICK PARTNERS, INC
MICHAEL PINTO- DUSCHINSKY
Michael T. Clarke
MIDWEST AIRCRAFT PRODUCTS
COMPANY
MIGUEL COELLO
MILESTONE CONSTRUCTION SERVICES,
INC
MILLER MICHAEL S
MILLER, MICHAEL
MILWAUKEE CENTRAL HOLIDAY INNS
INC
MILWAUKEE MIDTOWN HOLIDAY INNS
INC
MILWAUKEE NORTH HOLIDAY INS INC
MILWAUKEE SOUTH HOLIDAY INS INC
MINDPEARL US, INC
MITCHELL AIRCRAFT SPARES
MITT ARFEQARFIIT
MJC EXPRESS TRANSPORTATION
MJC Probe Incorporation
MOBILE CONTROLS CENTER OF
HONEYWELL INC
MOMENTUM SOFTWARE, INC
MONA BERRYMAN
MONEYSUPERMARKET.COM, LTD
Monogram Bank
MONOGRAM CONVERSIONS INC
MONOGRAM INDUSTRIES INC
MONOGRAM INDUSTRIES, INC.
MONOGRAM SYSTEMS
MONOGRAM SYSTEMS-ROCKFORD
DIVISION
MONSIEUR TOUT ON SELECTION
MONSTER, INC
MOOG INC.
Moog,Inc
MOOG, INC.
MORGANFRANKLIN CORP.

MORTEN BEYER & AGNEW
MORTON FRASER
MOSADD MALIK
MOTHER PARKERS
MOTHER PARKERS TEA & COFFEE, L TD
MR & MRS HOL WELL
MR & MRS KENNETH BOND
MR & MRS. ALEXANDER SINCLAIR
MR & MRS. LAFFERTY
MR & MRS. TERENCE SANDS
MR A ROBINSON
MR. VINCENT SEDWICK
MRO ALLIANCE, INC
MT CAPE TOWN SERVICES LLC
MTI TECH PRODUCTS, INC
MUD WORLDWIDE, LLC
Mukilteo Gp Inc
MULLEN, PAUL JR.
MUNN RABOT, LLC
MURDOCK, NEIL
MURFITT, MR
Mutual Benefit/Marriott Hotel Associates II LP
MUTUAL BENEFIT/MARRIOTT HOTEL
ASSOCS
MYRIAME HARDING
MYTHICS
NAMING CENTER
NANCY WRIGHT
NATALIA SHUB
NA T ASHA LINDSAY
National Air Cargo, Inc.
NATIONAL AIR CARRIER
NATIONAL BANK OF BAHRAIN
NATIONAL COMMERCE EXCHANGE
NATS
NA V-AIDS LTD
NA VTECH
NEVADA BEVERAGE COMPANY
New Jersey State Aquarium
New Jersey State Safety Council
NEW ORLEANS MARRIOTT HOTEL
VENTURE
NEW YORK POST
NEW YORK TIMES
NEW YORK TIMES CO
NORDAM
NORDAM EUROPE, L TD
NORDAM GROUP
NORDAM,Inc.
NYTimes.com
OCS GROUP UK LIMITED

OfficeMax Inc
OFFICEMAX INCORPORATED
OLIDA Y IN, NATIONAL AIRPORT, VIRGINIA
OMNI DATA SYSTEMS, L TD, LLP
ON BOARD MEDIA, INC
Oneida Communications
ONEIDA COMPANY
ONEIDA CONTAINER
Oneida County Industrial Development Authority
ONEIDA DINERWARE
ONEIDA LTD
ONEIDA LTD., INC.
Oneida Nation of New York
ONEIDA WHOLESALE LIQUOR HOUSE INC
ONEIDA, LTD.
ONLEE FOOD MANA. CORP.
O'SULLIVAN MENU PUBLISHING
PAN AM CORP
Pan Am Corporation
PAN AM INTERNATIONAL FLIGHT
PAN AM PILOTS FIGHTING
PAN AM PILOTS FIGHTING (SP Client not in Elite)
PAN AMERICAN WORLD AIRWAYS C/O BIGHA
Pan American World Airways, Inc.
Panmure Gordon
Panmure Gordon & Co Ltd
PANMURE GORDON BANKERS L TD
PANMURE GORDON BROKING
Paragon
Paragon Development Corp.
P ARAGON GLOBAL FLIGHT
Paragon Group, Inc.
PARAGONNDT.
Paragon Networks International, Inc.
Paragon Supply Co.
Paragon Systems, Inc.
PARAGON TRANSPORT
Paragon Ventures, LLC
PAUL KEHOE
PEMBROOKE OCCUPATIONAL
Penauile Servisair
PETER WILLIAMS
PHILIPPA EWART
Pitney Bowes
PITNEY BOWES CREDIT CORP
Pitney Bowes Credit Corporation

PITNEY BOWES INC
Pitney Bowes Inc.
Pitney Bowes Management Service
PITNEY BOWES MANAGEMENT SERVICES INC
Pitney Bowes Real Estate Financing Corp
Pitney Bowes, Inc.
PITNEY BOWES, INC.
PORT AUTHORITY OF NY & NJ
PRATT & WHITNEY
PRATT & WHITNEY AIRCRAFT OF CANADA LTD ¡\ SUB 98.1%
Pratt & Whitney Power Solutions
PRATT & WHITNEY, INC.
PREMIER
Premier Aircraft Management, Inc.
Premier Airways, Inc.
PREMIER BAN CORP
Premier Bank, N.A.
Premier Boxboard Limited LLC
Premier Boxboard Ltd. LLC
PREMIER BRANDS L TD
Premier Brands Ltd
Premier Camera
Premier CashLink
PREMIER COATINGS, INC.
PREMIER COLD STORAGE
Premier Cru
PREMIER CRU WINE CLUB
Premier Cruise Lines
Premier Dealer Services
PREMIER DECISION MANAGEMENT CO INC
PREMIER DRUM CO L TD
Premier Electric (Japan) Corporation
PREMIER ENTERPRISES INC
Premier Environmental Services, Inc.
PREMIER ESCROW CO
Premier Financial Corporation
PREMIER FIRST
PREMIER GAMING MANAGEMENT INC
Premier Gaming Management, Inc.
PREMIER HEALTH ALLIANCE INC
Premier Health Resources, Inc.
Premier Hitech
PREMIER INC
PREMIER INS CO
PREMIER INSURANCE CO
PREMIER INSURANCE CO OF MASSACHUESETTS THE INC

PREMIER INSURANCE CO OF
MASSACHUSETTS INC
PREMIER INSURANCE COMPANY OF
MASSACHUSETTS
Premier Intimates
Premier Investment Advisors LLC
PREMIER IS AIS
Premier Kites
Premier Lease & Loan Services Inc
Premier Lease & Loan Services Insurance
Agency Inc
Premier Lifestyles International Corporation
Premier LLC
Premier LLC Inc
Premier Lubricants Pte Ltd
PREMIER MANUFACTURING SUPPORT
SERVICES INC
Premier Market Connections
Premier Marketing Group, Inc.
PREMIER MARKETING GROUP, INC.
Premier Medical Management Systems, Inc.
Premier Medical Technology, Inc.
PREMIER METAL PRODUCTS CO
PREMIER MILK MALAYA SDN BHD
PREMIER MILK MALAYA SS&P BERHAD
PREMIER MILK SINGAPORE SS&P
BERHAS
PREMIER MOLD
Premier Neutraceuticals
Premier Pacific Vineyards, L.P.
PREMIER PAINT & VARNISH CO
PREMIER PAINT & VARNISH CO INC
Premier Paint & Varnish Co., Inc.
PREMIER PLASTICS L TD
PREMIER PONTIAC, NISSAN, INC.
PREMIER PRODUCTS INC
Premier Radio Network
Premier Radio Networks
Premier Recognition Inc
PREMIER RELOCATION SERVICES INC
PREMIER RELOCATION SERVICES INC
S&P 11-21-86
Premier Relocation Services, Inc
Premier Retail Networks, Inc.
Premier Selections
PREMIER SOLUTIONS LIMITED
Premier Technology, Inc.
PREMIER TELECOM PRODUCTS INC
Premier Tracks, LLC
Premier Vision
Premier, Inc.

Premier, Inc./Cash Management Program
Premier, Inc./Corporate Matters
Premier, Inc./Defensenet
Premier, Inc./Intellectual Property
Premier, Inc./Jt. Venture & Financing (Ins.)
Premiere Airlines, Inc.
Premiere American Financial, LLC
Premiere Diagnostic Services, Inc.
PREMIERE SALES CORP
PREMIERE SALES CORP
Premiere Sales Corporation
PREMIERE TECHNOLOGIES INC
Premiere Trust
Premierline Direct Ltd
PRESTON, DAVID
Preston, David
PRESTON, DAVID
PRONT APRINT
PROSPECT AIRPORT SERVICES,
PT CBI INDUSTRIES
QUAIL: QUALITY IN
QUALITY IN & SUITES
QUALITY INS INC
QUALITY INNS INC
RADISSON
Radisson Hotel
Radisson Hotels
RAMON MIGUEL ESTOPINA
RAY QUINNEY & NEBEKER
RAYMOND MCNIECE
REEM AVIATION SECURITY
RENAISSANCE CONCOURSE
Renaissance Conference Co., Inc.
RENTON LARKSPUR LANDING
Residence Inn by Marriott, Inc.
RESIDENCE INN MARRIOTT
RESOURCES GLOBAL
Resources Global Professionals
RICHARD JOHNSON
RICHARD TRUDELL, INC
Ritz-Carlton, a subsidiary of Marriott
International
ROBERT FARRNT
ROCKVILLE CENTRE INN
ROCKWELL COLLINS
Rockwell Collins Technologies LLC
Rockwell Collins, Inc.
ROGER FLYN
ROJA Y WORLD FREIGHT, INC
ROYAL AIRLINE LINEN OF NEW YORK,
INC

ROYAL CASE COMPANY, INC.
RUPERT HIGGINS
RUSS LINK
RYAN AVIATION CORP
RYAN AVIATION SERVICES LTD.
RYN'S LUGGAGE
RYSKASEN WINE & CHAMPAGNE
CONSULTANTS
SABRE, INC
SAGE CONSULTING GROUP, INC
SALWA, SZYMON
SAND SPRING CAPITAL LLC -BEAR
STEARNS
SANDRA SCHMIDT
SARACENS HEAD HOTEL
SARAH FRANKLAND
SATURN FREIGHT SYSTEMS, INC
SA YWELL INTERNATIONAL INC
SCAA
SCHNELLER, INC
SCHWARTZ, DANIEL
Schwartz, Daniel J.
Schwartz, Daniel M MD
SCHWENDINGER, JO ANNE
SCIS AIR SECURITY
SCIS Air Security Corporation
SCOT INCORPORATED
SCOT LAD FOODS INC
SCOTT SPENCER
SEA AEROPORTI DI MILANO
SEABURY AIRLINE PLANNING GROUP,
LLC
SEABURY TRANSPORTATION HOLDINGS
LLC
SEATS OF AUSTRALIA
SEKOU SACKO
SELL GMBH
SER-MAT CORP
SERVICESOURCE
SERVISAIR CARGO
SERVISAIR GLOBEGROUND
ServisAir USA, Inc.
SH&E
SHANNON AEROSPACE LTD
SHARON BAMFORD
SHARP DETAIL
SHELF OIL & EXPLORATION INC
SHELL OIL
SHELL OIL CO
SHELL OIL CO.
SHELL OIL COMPANY

Shell Oil Company individually and a successor-
in-interest to Shell Chemical Corporation
Shell Oil Company Individually and as
successor-in-interest to Shell Chemical
Corporation
Shell Oil Company/Ukegawa V. Chevron, et al.
SHELL OIL PRODUCTS CO
Shell Oil Products Company LLC
Shell Oil Products US
SHERMANSTRA VEL, LLC
SHERMANSTRA VEL.COM
SHERRY FRONTENAC RESORT, INC
SHERWOOD AVIONICS AND
ACCESSORIES
SHINER, DR. ROBERT
SHIRMELA NALINI PERSAUD
SIBEL AKCEKA Y A
SIDE STEP
SIGN CONCEPTS, INC
SIGNATURE AEROSPACE, INC
Signature Flight Support
SIGNATURE FLIGHT SUPPORT CORP
SIGNITURE FLIGHT SUPPORT
SIMA T HELLIESEN & EICHNER,
SIMMONS, GARY
SIMON A TTER
SIMON HARDMAN
SIMON THOMAS
SIMON, JON
SIMPSON, GARY E
SIR SOUTHERN INSTITUTION OF
RESEARCH
SITA
SITA GROUP SERVICES
Sita Holdings UK Ltd
SITA INFORMATION NETWORKING
COMPUTING CANADA, INC.
SITA UK Limited
Sky Chef
SKY CHEFS
SKY CHEFS ACCEPTANCE CORP /
AMERICAS REGION
SKY CHEFS INC
Sky Chefs, Inc.
SKY MART
SKYSTOCKS INC
SKYTEAM INTERNATIONAL, CO
SMART MODULAR TECHNOLOGIES
Smart Modular Technologies
SMART MODULAR TECHNOLOGIES INC
SMART Modular Technologies Inc

NYC/364712.3

SMITH, EVEN
SMITH, STAN
SMITH, STANLEY D
SMITH, STANTON KINNIE JR
SOCAL
Sodexho
SODEXHO
Sodexho
SODEXHO AB
SODEXHO ALASKA
SODEXHO ALASKA INC
SODEXHO ALLIANCE
SODEXHO ALLIANCE S.A.
SODEXHO BELGIQUE SA-NV
SODEXHO CANADA INC
SODEXHO CATERING GMBH
SODEXHO ESP ANA
Sodexho Healthcare Services Limited
SODEXHO INC
SODEXHO IT ALIA
SODEXHO LTD
SODEXHO MANAGEMENT
SODEXHO MARRIOTT
SODEXHO MARRIOTT SERVICES INC
Sodexho Marriott Services Inc.
Sodexho Marriott Services, Inc.
Sodexho Marriott Services, Inc. Special
SODEXHO MARRIOTT SERVICES, INC.
SPECIAL COMMITTEE
SODEXHO OPERATIONS
SODEXHO OPERATIONS LLC
SODEXHO OPERATIONS, LLC
SODEXHO USA
SODEXHO, INC.
SODEXHO, LTD
SOLA AIRLINE CUTLERY BV
SOUNDAIR AFTERMARKET GROUP
South Bend Marriott Hotel
South Pratt & Whitney Aero-Engine (Zhuzhou)
Co., Ltd.
SP ARKLETTS
SPARKLETTS DRINKING WATER CORP
SPEC TOOL
SPECAERO, INC.
SPECIAL FUND FOR DISABILITY
Special Master Fund - Sante - Ucp - Hansel
Cases
SPECIALTY PRODUCT SOLUTIONS
SPECTRO
SPECTRO DYNAMIC SYSTEMS
Spectro Dynamics Systems

SPECTRO INDUSTRIES INC
Spectro- McKesson
SPENCER'S SAFE & LOCK SERVICE
SPENCER'S SAFE AND LOCK SERVICE,
INC
SPIROU KHOURY
Sprint
Sprint Communications Co., Ltd Partnership
SPRINT COMMUNICATIONS, L.P.
SPRINT CORP
Sprint Corporation
Sprint Funding
Sprint International
Sprint International Communications Corp.
SPRINT METAL
Sprint Nextel
Sprint PCS
SPRINT PCS ASSETS, LLC
SPRINT SHOP THE
Sprint Spectrum L.P.
Sprint Spectrum LP
Sprint/Nextel
Sprint/United Management Company
SPRINT/UNITED MANAGEMENT
COMPANY
SR Technics
SR TECHNICS UK, LTD
STANDARD RESTAURANT EQUIPMENT
CO.
STANDBY PARTS, INC
STANLEY SMITH SECURITY INC
Stanley Smith Security, Inc.
ST ANSTED AIRLINE OPERATORS
COMMITTEE
STAPLES BUSINESS ADVANTAGE
Staples Business Advantage
Staples Credit Plan
Staples, Inc.
STARFLIGHT AVIATION LIMITED
STATE CORPORATION COMMISSION
STATE CORPORATION COMMISSION
(VIRIGNIA)
STATE OF DELAWARE
STATE OF NEW JERSEY
State of New Jersey
State of New Jersey Division of Taxation - Corp
Tax
State of New Jersey, Department of
Environmental Protection
STEFAN CROSS
STEPHAN OLAJIDE

STEPHEN & DEBORAH BRIGGS
STEPHEN BESTBIER
STEPHEN GATES
STEPHEN HAMPSON
STEPHEN MALINS
STEPHEN McCANN
STEPHEN MULLIN
STEPHEN ROBINSON
STEPHEN ZAPOTECHINE
STEVE ADKINS
STEVE COHEN
STEVE FOUNTAIN
STEVEN APPLETON
Steven Cohen
STEVEN MYINT
STEVEN SCHRAGA
STEWART REIN
STG
STG AEROSPACE
STG AEROSPACE, INC
STG COMMUNITIES II LLC
STG INC
STG INTERNATIONAL, INC.
STG International, Inc.
STG INTERNATIONAL, INC.
STG Stg Logistics, Inc
STG, Inc.
STOCKBRIDGE, D WILLIAM
Stockbridge, Wiliam
STOCKHOLMRADIO
Stoffel
STOFFEL SEALS CORPORATION
STREMELER, ALEXANDER
STREMIER, ALEXANDER
STUDIO 49
SUBURBAN EXTENDED STAY
SUE KERSHAW
SUMMIT SECURITY SERVICE
SUNDUN INC OF WASHINGTON
SUNY'S LIMOUSINE SERVICE
SUPERIOR AIRCRAFT SERVICES
Swedish Civil Aviation Administration (S
(SWEDISH CIVIL AVIATION
ADMINISTRATION (SCAA))
Swissport
SWISSPORT USA, INC
TBI
TBI AIRPORT MANAGEMENT, INC
TBI-SJI
Tedea-Huntleigh, Inc.
Terminal Four

TERMINAL ONE GROUP
THE BOEING COMPANY
The Boeing Company and Hughes
The Japan Times
The Martin Group
The New York Times Co.
THE NEW YORK TIMES COMPANY
The Times and Preview Network
THE TIMES CO.
THE TIMES HERALD CO.
The United States Treasury Department
THOMPSON, DEBORAH
THOMPSON, DEBORAH S
THOMSON WEST
TIM CO INC
TIMCO A VIA TION SERVICES, INC
TIMES
Times & News Publishing
TIMES COMMUNICATIONS
TIMES COMMUNICATIONS CO
TIMES LEADER THE
TIMES NEWS
TIMES OF SINGAPORE PTE LTD
TIMES PUBLISHING CO OF WICHITA
FALLS
Times Square JV LLC
Times Square Music Co.
Times Square Subway Improvement
Corporation
Times Supermarket, Limited
Times Weekly Newspaper
Times, The
TIMES-ADVOCATE
TIMES- HERALD CO THE
Times-World Corp
TIMES-WORLD CORP
TRADE WINDS IMPORTING CO
TRADEWINDS AIRCRAFT SERVICES
Tradewinds Financial
TRADEWINDS INSURANCE CO
Tradewinds International Holdings, LTD.
Tradewinds International, LLC
Tradewinds Investment Management, LP
Tradewinds, Ltd.
TRADEX
Tradex
TRADEX GESTION SA
TRADEX INC
Transamerica Commercial Finance Corp (GE
Commercial Finance Corp)
Treasurer, State of New Jersey

Tyco International Management Company
TIMCO Holding Co/General
Tysons Corner Holiday Inn
U.S. Sprint Corporation
UK FIRE INTERNATIONAL L TD
ULTIMATE AIRCRAFT
ULTIMATE AIRCRAFT APPEARANCE
Ultimate Maintenance
UNICAL AVIATION, INC
United Distillers Group (Duty Free) Ltd.
United Parcel
United Parcel Service
United Parcel Service (Ups)
United Parcel Service of America, Inc. (UPS)
UNITED PARCEL SERVICE, INC.
UNITED PARCEL SERVICE, INC. (UPS)
United States Department of the Treasury
UNITED STATES TREASURY
UNITED STATES, DEPT OF TREASURY
UPS
UPS (United Parcel Services)
UPS Consulting
UPS Customhouse Brokerage Inc
UPS Exchange Collect
UPS Freight Services
UPS Freight Services Inc.
UPS Gold Shield
UPS Japan
UPS Order To Cash
UPS SCS
UPS Store
US SPRINT COMMUNICATIONS
COMPANY
VEDDER PRICE
VENABLE BAETJER AND HOWARD LLP
VENABLE BAETJER HOWARD &
CIVILETTI
Venable Baetjer, Howard & Civileetti LLP
Venable LLP
Venable, Baetjer, Howard & Civiletti
Venable, Baetjer, Howard & Civiletti, LLP
VENABLE, LLP
VERIZON
Verizon (64809)
Verizon (Box28000)
VERIZON (MD)
Verizon Business
Verizon Communications
VERIZON COMMUNICATIONS INC
VERIZON COMMUNICATIONS INC
Verizon Communications Inc.

VERIZON DIRECTORIES SALES - EAST
CO.
VERIZON FLORIDA, INC.
Verizon Global Services
Verizon Global Services, Inc.
Verizon New York, Inc.
Verizon OneSource System
Verizon Services Corp.
Verizon Services Corp.
Verizon Virginia
VERIZON WIRELESS
Verizon Wireless (MD)
Verizon Wireless, Inc.
VIRGINIA LEGAL REFERENCE
VISIONTRON CORP
VISIONTRON CORPORATION
WASHINGTON AREA METROPOLITAN
TRANSIT AUTHORITY - WMA T A
WASHINGTON FLYER
Washington Gas
Washington Gas Light Co
WASHINGTON GAS LIGHT COMPANY
WASHINGTON METRO CHAPTER -
COMMUNITY ASSOCIATIONS
WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
Washington Metropolitan Area Transit
Authority v. Georgetown College
WASHINGTON TIMES AVIATION
WASHINGTON TIMES PRODUCTION
WAYNE MYERS
WEBTRENDS
WebTrends
Wellsford-Park Ridge Marriott Hotel
WELLSFORD-P ARK RIDGE MARRIOTT
HOTEL
WENCOR WEST INC
WESTERN AIR INTERNATIONAL
WESTERN AIRLINES
Western Airlines, Inc.
WESTERN AMERICAN SPECIALTIES
White & Case/MCI
White-Thompson, Ian L.
WHITNEY PRATT A.
WICKES AIR SERVICES LIMITED
WILMINGTON TRUST CO - TRUSTEE
Wilmington Trust Co.
WILMINGTON TRUST COMPANY
WILMINGTON TRUST CORPORATION
Wilmington Trust FSB
WILMINGTON TRUST OF PENNSYLVANIA

NYC/364712.3

Wilmington Trust of Pennsylvania Inc
WINTAIR UK, L TD
WOK & ROLL
WOOLLEY, KENNETH M
WORLD FUEL SERVICES
WORLDCOM (MCI WORLDCOM)
WORLDSPAN L.P.
WORLDWIDE FLIGHT SERVICES
Worldwide Flight Services

YANKEE CLIPPER FOOD SERVICE
YANKEE SCHOONER INDUSTRIES
YORK CAPITAL MANAGEMENT (DANIEL SCHWARTZ)
YORK SIGN INDUSTRIES
YORK TRANSPORT, INC
ZOOM AIRLINES, LTD
ZUCKERT, SCOUTT &

**EXHIBIT 2[2]**

| MAXjet Airways, Inc. Party | Arent Fox Relationship |
|---|---|
| Israel Aerospace Industries Ltd.<br><br>ISRAEL AIRCRAFT INDUSTRIES<br><br>Israel Aircraft Industries, Inc. | Former Client |
| Lufthansa Technik AG | Current Client |
| Radisson | Former Client;<br>Former Adverse Party;<br>Formerly Client Friendly |
| Delta Airlines | Former Adverse Party;<br>Current Adverse Party;<br>Former Interested Party;<br>Formerly Client Friendly; |
| Lehman Brothers International (Europe) | Current Client;<br>Former Client;<br>Current Adverse Party;<br>Former Adverse Party;<br>Current Interested Party |
| Wells Fargo Advantage Asia Pacific Fund | Wells Fargo Bank, N.A., an affiliate of the advisor of the fund, is a current client, current adverse party, and current other interested party |
| Pillsbury Winthrop Shaw Pittman | Former Client;<br>Former Adverse Party;<br>Current Adverse Party |
| ICF International | Current Client |
| AETNA<br><br>Aetna Casualty & Surety Company<br><br>Aetna Insurance<br><br>Aetna Life & Casualty<br><br>Aetna Life Ins. Co./Koll<br><br>Aetna Life Ins. Co./The MacDonald Group, Ltd. | Currently Client Friendly;<br>Former Client;<br>Former Adverse Party;<br>Formerly Client Friendly;<br>Former Interested Party |

---

[2] Party relationships are classified as: (i) Client; (ii) Former Client (no active matters are attributed to the client because all amounts have been billed and the entity or individual is no longer considered a client); (iii) Adverse; (iv) Interested Party (a party that is not a Client, a Former Client, Client Friendly or Adverse) or (v) Client Friendly (a party who refers a client to Arent Fox; an affiliate of the client; possibly an officer or party who is not adverse to the client; or a party who is generally aligned with the Arent Fox client).

| | |
|---|---|
| Aetna Life Ins. Co./Wells Fargo Leasing Company<br><br>Aetna Life Insurance Co.<br><br>Aetna Life Insurance Company/Dunfey Hotel<br><br>Aetna Realty Investors | |
| Affordable Portables, Inc. (Cingular) | Former Adverse Party;<br>Current Interested Party |
| Airgroup Corp | Former Adverse Party |
| AKZO NOBEL COATINGS, INC.<br><br>Akzo Nobel Inc. | Former Interested Party;<br>Former Client;<br>Currently Client Friendly |
| AMALGAMATED CLOTHING & TEXTILE WORKERS | Former Adverse Party |
| Amalgamated Sugar Company | Former Interested Party |
| AMERICAN AIRLINES | Former Client;<br>Former Adverse Party |
| AMERICAN EXPRESS | Current Client;<br>Former Client;<br>Formerly Client Friendly;<br>Current Adverse Party;<br>Former Adverse Party;<br>Former Interested Party |
| AMERICAN INSTITUTE OF ARCHITECTS (AIA) | Former Client;<br>Current Adverse Party |
| AMSAFE AVIATION | Current Adverse Party |
| Arinc Incorporated | Former Client;<br>Former Adverse Party |
| ASCAP | Former Adverse Party |
| ASI | Former Client;<br>Former Adverse Party |
| AT&T | Currently Client Friendly;<br>Formerly Client Friendly;<br>Current Adverse Party;<br>Former Adverse Party;<br>Current Interested Party;<br>Former Interested Party |
| Aviall Inc | Former Adverse Party |
| BAA MCARTHUR-GLEN EUROPE | Former Interested Party |
| BALMAR, INC | Current Adverse Party;<br>Former Adverse Party;<br>Former Interested Party |
| BB&T | Current Client;<br>Currently Client Friendly;<br>Current Adverse Party;<br>Former Adverse Party;<br>Current Interested Party |
| BDO Seidman | Formerly Client Friendly; |

NYC/364712.3

| | Former Adverse Party; Former Interested Party |
|---|---|
| BOEING<br>Boeing Military Aircraft Company | Former Client;<br>Current Adverse Party;<br>Former Adverse Party |
| British Telecommunications (BT) | Former Adverse Party;<br>Former Interested Party |
| CDW Computer Centers, Inc. | Former Adverse Party |
| CDW Corporation | Current Adverse Party |
| CDW DIRECT, LLC | Current Adverse Party |
| CELESTIAL SEASONINGS INC | Former Client |
| Cingular<br><br>Cingular Wireless | Former Adverse Party<br>Current Interested Party |
| COGENT COMMUNICATION GROUP, INC | Former Adverse Party |
| Columbia Gas Transmission Corporation | Former Adverse Party |
| Corporate Express, Inc. | Current Adverse Party;<br>Former Adverse Party;<br>Current Interested Party;<br>Former Interested Party |
| CORT FURNITURE RENTAL | Former Client;<br>Formerly Client Friendly;<br>Former Adverse Party |
| COURTYARD BY MARRIOTT II LP | Currently Client Friendly |
| Covad | Former Interested Party |
| Cravath, Swaine & Moore/MCI | Former Interested Party |
| CROWNE PLAZA | Current Adverse Party;<br>Former Interested Party |
| Datacomm | Former Adverse Party |
| SECRETARY OF STATE OF DELAWARE | Current Adverse Party;<br>Former Adverse Party |
| DHL AIRWAYS INC<br><br>DHL Express (USA) Inc<br><br>DHL Worldwide Express | Former Adverse Party;<br>Current Interested Party;<br>Former Interested Party |
| ePlus | Former Adverse Party |
| Equitable/Hall, Gary | Currently Client Friendly;<br>Current Adverse Party;<br>Former Adverse Party |
| ExecuStay by Marriott | Current Interested Party |
| FAIRFIELD INN | Currently Client Friendly |
| FEDEX | Current Client;<br>Current Adverse Party;<br>Former Adverse Party;<br>Current Interested Party;<br>Former Interested Party |
| FINANCIAL DYNAMICS | Formerly Client Friendly |
| Financial Times | Current Client; |

|  | Current Adverse Party |
|---|---|
| Foundry Networks | Current Adverse Party;<br>Former Adverse Party |
| GE AIRCRAFT ENGINES<br><br>General Electric Capital Corporation (GE Capital) | Formerly Client Friendly;<br>Current Adverse Party;<br>Former Adverse Party;<br>Former Interested Party |
| General Dynamics Ots (aerospace), Inc. | Current Client;<br>Former Client;<br>Formerly Client Friendly;<br>Current Adverse Party;<br>Former Adverse Party;<br>Current Interested Party |
| Global Crossing | Current Adverse Party;<br>Former Adverse Party |
| GRAINGER | Former Interested Party |
| GREER INDUSTRIES INC. | Current Adverse Party |
| HAYNES & BOONE LLP | Formerly Client Friendly |
| Hayward Baker, Inc. | Current Adverse Party;<br>Former Interested Party |
| Hewlett Packard | Current Adverse Party;<br>Former Adverse Party;<br>Current Interested Party |
| HONEYWELL<br><br>Honeywell Inc./Eastern Air Lines, Inc.<br><br>Honeywell International<br><br>HONEYWELL INTERNATIONAL INC. | Current Client;<br>Former Client;<br>Current Adverse Party;<br>Former Adverse Party;<br>Current Interested Party;<br>Former Interested Party;<br>Former Client;<br>Currently Client Friendly;<br>Formerly Client Friendly |
| IBM | Formerly Client Friendly;<br>Current Adverse Party;<br>Former Adverse Party;<br>Former Interested Party |
| INA/ Aetna | Former Adverse Party |
| INTERNAL REVENUE SERVICE | Current Adverse Party;<br>Former Adverse Party;<br>Current Interested Party;<br>Former Interested Party |
| International Lease Finance Corp | Former Client;<br>Former Adverse Party |
| Iron Mountain | Current Adverse Party;<br>Former Adverse Party;<br>Former Interested Party |
| JAPAN AIRLINES INTERNATIONAL | Formerly Client Friendly |
| JEFFREY HANSON | Former Adverse Party |
| JEPPESEN SANDERSON | Former Adverse Party |

NYC/364712.3

| | |
|---|---|
| JOHN MCCARTHY | Formerly Client Friendly |
| JOHN NORTON | Formerly Client Friendly |
| JOHNSON, RICHARD | Former Client; |
| | Former Adverse Party |
| KAISER SCHERER & SCHLEGEL | Former Adverse Party |
| KAUFMAN, RICHARD | Former Adverse Party |
| KLM | Former Adverse Party |
| KMW Leasing LLC | Formerly Client Friendly |
| KPMG | Former Client; |
| | Current Adverse Party; |
| | Former Adverse Party; |
| | Current Interested Party; |
| | Former Interested Party |
| L-3 COMMUNICATIONS | Current Client; |
| | Former Adverse Party |
| LEE HALL | Former Adverse Party |
| MARINER POST-ACUTE NETWORK INC | Former Client |
| MARLIN LEASING CORP | Former Client; |
| | Current Adverse Party; |
| | Former Adverse Party |
| MARRIOTT INTERNATIONAL<br><br>RESIDENCE INN MARRIOTT<br><br>Mutual Benefit/Marriott Hotel Associates II LP<br><br>Ritz-Carlton, a subsidiary of Marriott International<br><br>BARCELO CRESTLINE CORPORATION (HOST MARRIOTT)<br><br>HOST MARRIOT | Current Client;<br>Former Client;<br>Current Adverse Party;<br>Former Adverse Party;<br>Formerly Client Friendly;<br>Currently Client Friendly |
| MARTIN GROUP | Current Adverse Party; |
| | Former Adverse Party |
| McCARTHY, JAMES | Former Adverse Party |
| MCI<br><br>MCI COMMUNICATIONS CORP<br><br>MCI Communications, Inc.<br><br>MCI Telecommunications (recently acquired by Verizon), a/k/a Microwave Communications<br><br>MCI Telecommunications Corp<br><br>MCI WorldCom | Former Client;<br>Formerly Client Friendly;<br>Current Adverse Party;<br>Former Adverse Party;<br>Current Interested Party;<br>Former Interested Party |

NYC/364712.3

| | |
|---|---|
| MCI Worldcom Communications Inc.<br><br>MCI WORLDCOM INC<br><br>WORLDCOM (MCI WORLDCOM) | |
| MEDIA GENERAL INC | Current Adverse Party;<br>Former Interested Party |
| METROPOLITAN WASHINGTON AIRPORT AUTH | Formerly Client Friendly;<br>Former Adverse Party;<br>Former Interested Party |
| MICHAEL CLARKE | Former Adverse Party |
| MILLER, MICHAEL | Former Client;<br>Formerly Client Friendly |
| Monogram Bank | Former Adverse Party |
| MONSTER, INC | Current Adverse Party;<br>Former Adverse Party;<br>Former Interested Party |
| MOOG INC. | Former Client;<br>Formerly Client Friendly;<br>Former Adverse Party;<br>Former Interested Party |
| NEW YORK TIMES | Currently Client Friendly;<br>Current Adverse Party;<br>Former Adverse Party |
| NORDAM | Former Client |
| OfficeMax Inc | Formerly Client Friendly;<br>Former Adverse Party;<br>Former Interested Party |
| PAN AM CORP<br><br>Pan American World Airways, Inc. | Former Adverse Party |
| Pitney Bowes | Former Client;<br>Formerly Client Friendly;<br>Current Adverse Party;<br>Former Adverse Party |
| PORT AUTHORITY OF NY & NJ | Former Client;<br>Formerly Client Friendly;<br>Current Adverse Party;<br>Former Adverse Party;<br>Former Interested Party |
| PRATT & WHITNEY | Former Client;<br>Formerly Client Friendly;<br>Former Adverse Party |
| Premier Medical Management Systems, Inc. | Former Client |
| PREMIERE TECHNOLOGIES INC | Former Interested Party |
| QUALITY INNS INC | Former Adverse Party |
| RAY QUINNEY & NEBEKER | Former Client;<br>Formerly Client Friendly |
| RICHARD JOHNSON | Former Client; |

| | Former Adverse Party |
|---|---|
| ROCKWELL COLLINS | Formerly Client Friendly |
| SABRE, INC | Currently Client Friendly; Current Adverse Party |
| SCOT LAD FOODS INC | Former Client |
| SHELL OIL | Formerly Client Friendly; Current Adverse Party; Former Adverse Party; Current Interested Party; Former Interested Party |
| SMITH, STAN | Currently Client Friendly |
| SODEXHO ALLIANCE<br><br>SODEXHO ALLIANCE S.A<br><br>SODEXHO INC<br><br>SODEXHO MARRIOTT SERVICES INC | Former Interested Party; Formerly Client Friendly |
| Sprint<br><br>SPRINT COMMUNICATIONS, L.P.<br><br>SPRINT CORP<br><br>Sprint Nextel<br><br>Sprint Spectrum L.P.<br><br>U.S. Sprint Corporation<br><br>US SPRINT COMMUNICATIONS COMPANY<br><br>GTE SPRINT COMMUNICATIONS CORP | Current Adverse Party; Former Adverse Party; Current Interested Party; Former Interested Party; Current Client |
| STAPLES BUSINESS ADVANTAGE<br><br>Staples, Inc. | Former Client; Formerly Client Friendly; Current Adverse Party; Former Adverse Party; Current Interested Party |
| STATE OF DELAWARE | Currently Client Friendly; Formerly Client Friendly; Current Adverse Party; Former Adverse Party; Former Interested Party |
| STEVE COHEN | Formerly Client Friendly; Former Adverse Party; Former Interested Party |
| STG International, Inc. | Current Client; |

NYC/364712.3

| | |
|---|---|
| | Formerly Client Friendly; Former Interested Party |
| SUBURBAN EXTENDED STAY | Former Interested Party |
| TIMES | Current Adverse Party; Former Adverse Party |
| Tradewinds International Holdings, LTD. | Former Interested Party |
| TRADEX | Former Adverse Party |
| Transamerica Commercial Finance Corp (GE Commercial Finance Corp) | Currently Client Friendly; Current Adverse Party; Former Adverse Party |
| Tyco International Management Company TIMCO Holding Co/General<br><br>Aviation Sales Co. (Timco Aviation Services Inc) | Formerly Client Friendly; Current Adverse Party; Former Adverse Party; Former Interested Party |
| United States Department of the Treasury | Current Interested Party |
| UPS | Current Adverse Party; Former Adverse Party; Current Interested Party; Former Interested Party |
| UPS Customhouse Brokerage Inc | Current Adverse Party |
| VEDDER PRICE | Formerly Client Friendly |
| VENABLE BAETJER AND HOWARD LLP | Formerly Client Friendly; Former Adverse Party |
| VERIZON<br><br>Verizon Communications<br><br>VERIZON FLORIDA, INC.<br><br>Verizon Services Corp.<br><br>VERIZON WIRELESS | Current Client; Former Client; Formerly Client Friendly; Current Adverse Party; Former Adverse Party; Current Interested Party; Former Interested Party |
| WASHINGTON AREA METROPOLITAN TRANSIT AUTHORITY - WMA T A | Current Adverse Party |
| Washington Gas | Former Client; Formerly Client Friendly; Former Adverse Party |
| White & Case/MCI | Currently Client Friendly; Current Adverse Party |
| Wilmington Trust Co. | Current Client; Formerly Client Friendly; Current Adverse Party |