**EXHIBIT B**

NYC/364676.1

# **EXHIBIT B**

<u>Committee Chair</u>

Israel Aerospace Industries, Ltd.
Attn: Joseph M. Vann, Esq. & Ira R. Abel, Esq.
c/o Cohen Tauber Spievack & Wagner, P.C.
420 Lexington Avenue, Suite 2400
New York, New York 10170

<u>Members of the Committee</u>

Mezzo Movies Limited
Attn: Andrew John Wilson
45 Bedford Row
London, UK WC1R 4LN

Servisair UK Ltd.
Attn: Gary Morgan
Atlantic House
Atlas Business Park, Simonsway
Manchester, UK M22 JPR

ICF International (as successor to SH&E)
Attn: Judith B. Kassel, Esq.
9300 Lee Highway
Fairfax, VA 22031

Christopher Rocheron, representative of WARN Act Claimants
c/o Lankenau & Miller LLP
132 Nassau Street, Suite 423
New York, NY 10038