# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

March 25, 2009

Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Re: MAXjet Airways, Inc.
Case No. 07-11912 (PJW)**

Dear Mr. Cairns:

      Enclosed is a copy of a March 17, 2009 letter from Vincent Carroll. Please respond and send a copy of your response to Chambers.

Very truly yours,

Peter J. Walsh

PJW:ipm

Enc.

cc: Vincent Carroll (w/o attachments)

**VINCENT CARROLL**
11 KING ARTHUR DRIVE, SUITE #2J
NIANTIC, CT 06357
860-691-2150
REPLY TO: P.O. BOX 369
HACKENSACK, NJ 07602-0369

RECEIVED
MAR 24 2009
JUDGE WALSH

March 17, 2009

The Honorable Kevin Gross
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware 19801-3577

**RE: MAXJET AIRWAYS, INC., CASE NO. 07-11912 (PJW)**

Dear Judge Gross:

I have contacted you several times, most recently on January 22, 2009 for direction regarding the above referenced matter.

A proof of claim was submitted during February 2008. I am trying to ascertain the status of the filing and have not received any response from Pachulski Stang Ziehl & Jones LLP or Epiq Bankruptcy Solutions, LLC in many written attempts.

Even though my claim is $2,740.76, I would greatly appreciate a written response on the standing of the matter.

Thank you for your time and consideration.

Best regards,

Vincent Carroll