# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**Debtor's Name:** MAXjet Airways, Inc.  **Bank:** UNION BANK OF CALIFORNIA
 UNION BANK OF CALIFORNIA

**Bankruptcy Case Number:** 07-11912-PJW  **Account Number:** 2131261733
 2131261741

**Date of Confirmation:** March 20, 2009  **Account Type:** Money Market Account
**Effective Date:** August 13, 2009   Checking

**Reporting Period (month/year):** June/2011

Beginning Cash Balance:  $1,088,216.15

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 138.93 |
| Collection of Accounts Receivable: | $ 7,861.64 |
| Proceeds from Litigation (settlement or otherwise): | $ 49,224.14 |
| Sale of Debtor's Assets (footnote to explanation): | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 0.00 |
| Total of cash received: | $ 57,224.71 |

Total of cash available:  $1,145,440.86

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 650.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals (inc. final fee apps): | $ 35,114.77 |
| All other disbursements made in the ordinary course: | $ 1,898.50 |
| Total Disbursements | $ 37,663.27 |

Ending Cash Balance  $1,107,777.59

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: July 7, 2011  Name/Title: *[signature]*
 Edward T. Gavin - Delaware, CTP
 *as Liquidating Trustee*
 MAXjet Airways, Inc.

# Balance Sheet

| ASSETS | 06/30/2011 | |
|---|---:|---|
| Cash (Unrestricted) | 1,107,777.59 | |
| Cash (Restricted) | 0.00 | |
| Accounts Receivable (Net) | 0.00 | |
| Inventory | 0.00 | |
| Notes Receivable | 0.00 | |
| Prepaid Expenses (retainers, DIP advances) | 0.00 | |
| Other (Attach List) ** | 0.00 | |
| *Total Current Assets* | 1,107,777.59 | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements *** | 0.00 | |
| Machinery & Equipment | 0.00 | |
| Furniture, Fixtures & Office Equipment | 0.00 | |
| Vehicles | 0.00 | |
| Leasehold Improvements | 0.00 | |
| Less: Accumulated Deprec/Depletion | 0.00 | |
| *Total Property, Plant & Equipment* | 0.00 | |
| Due from Affiliates & Insiders | 0.00 | |
| Other (Attach List) **** | 0.00 | |
| *Total Assets* | 1,107,777.59 | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | 0.00 | |
| Taxes Payable *(estimated accrual)* | 0.00 | |
| Notes Payable | 0.00 | |
| Professional Fees *(per final fee applications)* | 3,422,627.15 | |
| Secured Debt | 0.00 | |
| Due to Affiliates & Insiders | 0.00 | |
| Other (Attach List) | 0.00 | |
| *Total Postpetition Liabilities* | 3,422,627.15 | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | 0.00 | |
| Priority Debt - Per Plan *(estimated)* | 980,000.00 | |
| Unsecured Debt - Per Plan *(estimated)* | 34,052,300.00 | |
| Other (Administrative Claims) - Per Plan | 232,953.95 | |
| Total Prepetition Liabilities *(estimated)* | 35,265,253.95 | |
| Total Liabilities | 38,687,881.10 | |
| **Equity** | | |
| Common Stock | 0.00 | |
| Retained Earnings (Deficit) | 0.00 | |
| Total Equity (Deficit) | 0.00 | |