IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re: : Chapter 11
:
MAXJET AIRWAYS, INC., : Case No. 07-11912 (PJW)
:
Debtor. :
------------------------------------------------------------x

## CERTIFICATION OF COUNSEL REGARDING
## ORDER SCHEDULING OMNIBUS HEARING DATES

The undersigned counsel, as counsel for NHB Assignments, LLC, the Liquidation Trustee, hereby certifies that the Court has provided the omnibus hearing dates, as set forth on the proposed order (the "Omnibus Hearing Order"), which is attached hereto as Exhibit A. The Liquidation Trustee hereby requests that the Court enter this Omnibus Hearing Order at its earliest convenience.

Dated: July 26, 2011

**MORRIS JAMES LLP**

/s/ Jeffrey R. Waxman
_____
Jeffrey R. Waxman (DE Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com

*Counsel to NHB Assignments, LLC, as Liquidation Trustee*

3074853/1