# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MAXjet Airways, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case. No. 07-11912 (PJW) |
| Edward T. Gavin, Liquidation Trustee of MAXjet Airways, Inc., <br><br> Plaintiff, <br><br> v. <br><br> ICTS (UK) Limited, <br><br> Checker Cars (Gatwick) Ltd., <br><br> Lifeline Critical Logistics, Nv, <br><br> Defendants. | <br><br><br><br><br><br><br><br> Adv. No. 09-52997 (PJW) <br><br> Adv. No. 09-52929 (PJW) <br><br> Adv. No. 09-53045 (PJW) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 30, 2011 AT 11:30 A.M.

## HEARING CANCELLED WITH COURT'S PERMISSION

## CONTINUED MATTERS:

1. Debtor's Verified Second Omnibus (Non-Substantive) Objection to Proofs of Claim (Improperly Classified Claims) (Docket No. 708, filed November 17, 2008)

    Response/Objection Deadline: December 10, 2008 at 4:00 p.m.

    Response(s) Received:

    (A) Claimant's Response to Debtor's Verified Second Omnibus (Non-Substantive) Objection to Proofs of Claim (Improperly Classified Claims) [by Howard E. Heller] (Docket No. 725, filed December 1, 2008)

    (B) Statement Regarding Debtor's Second Omnibus Objection to Claims [by Thomas W. Tuite] (Docket No. 734, filed December 2, 2008)

    (C) Response to Improperly Classified Claims Filed by Eleanor Shively and William J. Shively (Docket No. 749, filed December 11, 2008)

    (D) Response to Improperly Classified Claims Filed by Stuart Miller (Travel Centre Longmere Int'l) (Docket No. 750, filed December 11, 2008)

(E)   Response to Debtor's Verified Second Omnibus Non-Substantive objection to Proofs of Claim (Improperly Classified Claims) Filed by Phyllis A. Hayes (Docket No. 751, filed December 11, 2008)

(F)   Response to Debtor's Verified Second Omnibus Non-Substantive Objection to Proofs of Claim (Improperly Classified Claims) Filed by Tonita Marr (Docket No. 752, filed December 11, 2008)

(G)   Objection to Debtor's Verified Second Omnibus Non-Substantive Objection to Proofs of Claim (Improperly Classified Claims) Filed by Edward J. O'Neill (Docket No. 753, filed December 11, 2008)

(H)   Response to the Debtor's Objection to Claim No. 784 Filed by Angus McCallum (Docket No. 754, filed December 11, 2008)

(I)   Response to Debtor's Verified Second Omnibus Non-Substantive Objection to Proofs of Claim (Improperly Classified Claims) Filed by Michael John Davidson (Docket No. 761, filed December 15, 2008)

(J)   Response to Debtor's Verified Second Omnibus Non-Substantive Objection to Proofs of Claim (Improperly Classified Claims) Filed by Roger Wickes (Docket No. 762, filed December 15, 2008)

(K)   Claimant's Response to Response to Debtor's Verified Second Omnibus Non-Substantive Objection to Proofs of Claim (Improperly Classified Claims) Filed by Andrew Gordon (Docket No. 773, filed December 17, 2008)

Undocketed Responses:

(L)   Letter Response Dated December 5, 2008 by Michelle Howell

(M)   Informal Response of Israel Aerospace Industries Ltd.

Status:   This matter has been continued to the next omnibus hearing which is currently scheduled for October 6, 2011 at 9:30 a.m.

2.   Objection to Claim of Alpha Flight UK LTD Pursuant to Section 502(d) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 946, filed July 13, 2009)

Related Documents:

(A) Supplemental Objection of NHB Assignments, LLC, as Liquidating Trustee to Request of Alpha Flight UK Ltd. for an Administrative Expense (Docket No. 1039, filed November 23, 2009)

(B) Complaint, as filed by Edward T. Gavin, Liquidation Trustee of MAXjet Airways, Inc. v. Alpha Flight Service, to Avoid Transfers Pursuant to 11 U.S.C. §§ 547, 548, 549 and 502 and to Recover Property Transferred Pursuant to 11 U.S.C. § 550 (Adv. Pro. No. 09-52874; Adv. Docket No. 1)

Response/Objection Deadline: August 10, 2009 at 4:00 p.m.

Response(s) Received:

(A) Response of Alpha Flight UK LTD to Objection to Claim of Alpha Flight UK LTD Pursuant to Section 502(d) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 958, filed August 7, 2009)

Status: This matter has been continued to the next omnibus hearing which is currently scheduled for October 6, 2011 at 9:30 a.m.

**ADVERSARY PROCEEDINGS:**

**Pre-Trial Status Conference Continued:**

3. Gavin v. ICTS (UK) Limited, Adversary Proceeding No. 09-52997

   Related Documents:

   (A) Notice of Settlement (Adv. Docket No. 37, filed May 10, 2011)

   Status: Subject to receipt of settlement funds, this matter has been settled. The Liquidation Trustee is waiting for receipt of a signed stipulation of dismissal. This matter will be continued until the next omnibus hearing which is currently scheduled for October 6, 2011 at 9:30 a.m.

4. Gavin v. Checker Cars (Gatwick) Ltd., Adversary Proceeding 09-52929

   Related Documents:

   (A) Order Granting Plaintiff's Motion to Strike Defendant's Answer and to Grant Further Relief, if Necessary [Adv. Docket No. 26, filed June 28, 2011]

Status: On June 28, 2011, the Court entered an Order (Adv. Docket No. 26) granting the Liquidation Trustee's motion to strike the Defendant's Answer and for further relief, if necessary, by and through which the Liquidation Trustee sought to strike the Defendant's answer. The Order provides that if the Defendant does not respond within 30 days after service of the Order, the Court would enter a default judgment in favor of the Liquidation Trustee. The Order was served on June 28, 2011, and no response was filed by the Defendant. The Plaintiff is waiting for the Clerk to enter judgment as set forth in the Court's June 28, 2011 Order. This matter will be continued until the next omnibus hearing which is currently scheduled for October 6, 2011 at 9:30 a.m.

5. Gavin v. Lifeline Critical Logistics, Nv, Adversary Proceeding 09-53045

Status: On June 29, 2011 the Mediator filed a Certificate of Completion (Adv. Docket No. 30) stating that counsel for the Defendant failed to attend the mediation. The Liquidating Trustee will file a motion to strike the Defendant's answer and for sanctions. This matter will be continued until the next omnibus hearing which is currently scheduled for October 6, 2011 at 9:30 a.m.

Dated: August 26, 2011

**MORRIS JAMES LLP**

_/s/_

Stephen M. Miller (DE Bar No. 2610)
Jeffrey R. Waxman (DE Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

-and-

Joseph L. Steinfeld, Jr., Esq.
Gary D. Underdahl, Esq.
ASK FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
Eagan, MN 55121
Telephone: (651) 406-9665 ext. 857
Facsimile: (651) 406-9676

Counsel for Edward T. Gavin,
Liquidation Trustee of MAXjet Airways, Inc.

3062128/1